| | |
|---|---|
| **COAST LAW GROUP, LLP** | |
| HELEN I. ZELDES (220051) | |
| *helen@coastlaw.com* | |
| AMY C. JOHNSGARD (279795) | |
| *amy@coastlaw.com* | |
| BEN TRAVIS (305641) | |
| *ben@coastlaw.com* | |
| 1140 S. Coast Hwy 101 | |
| Encinitas, CA 92024 | |
| Tel: (760) 942-8505 | |
| | |
| **SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP** | **REESE LLP** |
| PAUL L. HOFFMAN (71244) | MICHAEL R. REESE (206773) |
| *hoffpaul@aol.com* | *mreese@reesellp.com* |
| CATHERINE SWEETSER (271142) | GEORGE V. GRANADE (316050) |
| *catherine.sdshhh@gmail.com* | *ggranade@reesellp.com* |
| 11543 W Olympic Blvd | 8484 Wilshire Blvd. |
| Los Angeles, CA 90064 | Los Angeles, California 90211 |
| Telephone: (310) 396-0731 | Telephone: (212) 643-0500 |

Attorneys for Plaintiff Walker and the Putative Class

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLÉ USA, INC., a Delaware Corporation; and DOES 1 to 100;<br><br>Defendants. | Civil Case No.: 3:19-cv-00723-L-KSC<br><br>**PROOF OF SERVICE** |

1
**PROOF OF SERVICE**

| Attorney or Party without Attorney:<br>COAST LAW GROUP LLP<br>HELEN I. ZELDES, ESQ. (220051)<br>1140 S COAST HWY 101<br>ENCINITAS, CA 92024<br>  Telephone No: 760-942-8505<br>  Attorney For: Attorneys for Plaintiff Walker and the Putative Class | Ref. No. or File No.:<br>51008 HZ | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: Renee Walker, individually and on behalf of all others similarly situated<br>Defendant: Nestlé USA, Inc., a Delaware Corporation, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-00723-L-KSC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CLASS ACTION COMPLAINT, SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET

3. a. Party served:       Nestlé USA, Inc., a Delaware Corporation
   b. Person served:    Gabriela Sanchez, Intake Specialist, CT Corporation, Registered Agent, Authorized to Accept Served Under F.R.C.P. Rule 4.

4. Address where the party was served:    818 W 7th Street, Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 24 2019 (2) at: 02:55 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                           d. **The Fee** for Service was: $93.88
   b. FIRST LEGAL
      1111 6th Avenue, Ste. 204
      SAN DIEGO, CA 92101
   c. (619) 231-9111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

04/24/2019
(Date)                                                                                           (Signature)



PROOF OF SERVICE

3300186
(822022)