THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
PERLETTE JURA, SBN 242332
  pjura@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Counsel for Defendant Nestlé USA, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WALKER,<br><br>          Plaintiff,<br><br>   v.<br><br>NESTLÉ USA, INC., a Delaware Corporation; and DOES 1 TO 100,<br><br>          Defendants. | CASE NO. 3:19-cv-00723-L-KSC<br><br>**DEFENDANT NESTLÉ USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date: June 7, 2021<br>Time: 10:30 a.m.<br>Place: Courtroom 5B<br>Judge: Hon. M. James Lorenz<br><br>*Pursuant to Local Rules, no oral argument will be held |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nestlé USA, Inc. ("Defendant" or "Nestlé USA") will and hereby does move this Court to dismiss Plaintiff Renée Walker's Second Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 8 and 12(b).

Nestlé USA brings this motion on the grounds that: (i) Plaintiff fails to plead a plausible claim for relief because she does not plausibly allege that the label statements she challenges are false and no reasonable consumer would be misled in the way she alleges; and, (ii) Plaintiff lacks Article III standing to challenge the labels of products she did not purchase—and does not even identify in the Second Amended Complaint. For the reasons set forth in greater detail in the accompanying Memorandum of Points and Authorities, the Second Amended Complaint should be dismissed in its entirety, with prejudice, because further amendment would be futile.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Perlette Jura and exhibit thereto, the pleadings and papers on file herein, any oral argument that may be heard by the Court, and any other matters that the Court deems appropriate.

Dated: May 3, 2021                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Theodore J. Boutrous, Jr.*
  Theodore J. Boutrous, Jr.

*Counsel for Defendant Nestlé USA, Inc.*