1  THEODORE J. BOUTROUS, JR., SBN 132099
    tboutrous@gibsondunn.com
2  CHRISTOPHER CHORBA, SBN 216692
    cchorba@gibsondunn.com
3  PERLETTE JURA, SBN 242332
    pjura@gibsondunn.com
4  TIMOTHY W. LOOSE, SBN 241037
    tloose@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA 90071
   Telephone:  213.229.7000
7  Facsimile:  213.229.7520

8  *Counsel for Defendant Nestlé USA, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIE FALCONE, | CASE NO. 3:19-cv-00723-L-KSC |
|---|---|
| Plaintiff, | **DEFENDANT NESTLÉ USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| NESTLÉ USA, INC., a Delaware Corporation; and DOES 1 TO 100, | **Hearing:**<br>Date:  October 31, 2022<br>Time:  10:30 a.m.<br>Place:  Courtroom 5B<br>Judge:  Hon. M. James Lorenz |
| Defendants. | *Pursuant to Local Rules, no oral argument will be held, but oral argument is requested. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nestlé USA, Inc. ("Defendant" or "Nestlé USA") will and hereby does move this Court to dismiss Plaintiff Marie Falcone's Third Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Nestlé USA brings this motion on the grounds that Plaintiff fails to plead a plausible claim for relief because she does not plausibly allege that the label statements she challenges are false and no reasonable consumer would be misled in the way she alleges. For the reasons set forth in greater detail in the accompanying Memorandum of Points and Authorities, the Third Amended Complaint should be dismissed in its entirety, with prejudice, because further amendment would be futile.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Perlette Jura and exhibit thereto, the pleadings and papers on file herein, any oral argument that may be heard by the Court, and any other matters that the Court deems appropriate.

Dated: September 28, 2022　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Theodore J. Boutrous, Jr.*
　　　Theodore J. Boutrous, Jr.

*Counsel for Defendant Nestlé USA, Inc.*