| | |
|---|---|
| 1 | Timothy W. Loose (State Bar No. 241037) |
| | *tloose@gibsondunn.com* |
| 2 | Theodore J. Boutrous, Jr. (State Bar No. 132099) |
| | *tboutrous@gibsondunn.com* |
| 3 | Christopher Chorba (State Bar No. 216692) |
| | *cchorba@gibsondunn.com* |
| 4 | Perlette Jura (State Bar No. 242332) |
| | *pjura@gibsondunn.com* |
| 5 | **GIBSON DUNN & CRUTCHER LLP** |
| | 333 South Grand Avenue |
| 6 | Los Angeles, California 90071 |
| | Telephone: (213) 229-7000 |
| 7 | Facsimile: (213) 229-7520 |
| 8 | *Attorneys for Defendant Nestlé USA, Inc.* |
| 9 | George V. Granade (State Bar No. 316050) |
| | *ggranade@reesellp.com* |
| 10 | **REESE LLP** |
| | 8484 Wilshire Boulevard, Suite 515 |
| 11 | Los Angeles, California 90211 |
| | Telephone: (310) 393-0070 |
| 12 | |
| 13 | Helen I. Zeldes (State Bar No. 220051) |
| | *hzeldes@sshhzlaw.com* |
| | Joshua A. Fields (State Bar No. 242938) |
| 14 | *jfields@sshhzlaw.com* |
| | Aya Dardari (State Bar No. 344039) |
| 15 | *adardari@sshhzlaw.com* |
| | **SCHONBRUN SEPLOW** |
| 16 | **HARRIS HOFFMAN & ZELDES, LLP** |
| | 501 West Broadway, Suite 800 |
| 17 | San Diego, California 92101 |
| | Telephone: (619) 400-4990 |
| 18 | |
| 19 | [Additional Counsel on Signature Page] |
| 20 | *Counsel for Plaintiff Marie Falcone and the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| MARIE FALCONE, *individually and on behalf of all others similarly situated*, | Case No. 3:19-cv-00723-L-DEB |
| Plaintiff, | **AMENDED JOINT MOTION TO SET CLASS CERTIFICATION MOTION BRIEFING SCHEDULE** |
| v. | |
| NESTLÉ USA, INC., *a Delaware corporation*, *and* DOES 1 *to* 100, | Complaint filed: April 19, 2019 |
| | Trial date: Not set |
| Defendants. | |

Case No. 19cv0723

AMENDED JOINT MOTION TO SET CLASS CERTIFICATION MOTION SCHEDULE

Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the Southern District of California and Magistrate Judge Butcher's Order of November 9, 2023, ECF No. 117, directing the parties to submit their proposed schedule for briefing the class certification motion to this Court, Plaintiff Marie Falcone ("Plaintiff" or "Falcone"), and Defendant Nestlé USA, Inc. ("Defendant"), respectfully bring this joint motion to set the class certification motion briefing schedule. In support of the motion, the parties state as follows:

1. The parties seek to set a briefing schedule for Plaintiff's motion for class certification, good cause for which exists for the following reasons: Plaintiff has filed a thirty-page motion for class certification that seeks to certify multiple classes, involves complex legal issues, and cites more than fifty distinct exhibits. *See* ECF. No. 125. Defendant intends to file an opposition brief addressing these issues and also intends to submit an expert report in support of its opposition. Defendant's expert needs additional time to respond to arguments raised in Plaintiff's motion for class certification. Plaintiff will also likely need to depose Defendant's expert prior to filing her reply in support of class certification and may file a rebuttal report. The earliest dates at which Defendant's likely expert is available for a deposition are in March, and Plaintiff will need time following that deposition to develop her arguments for her reply brief. Moreover, in light of the Court's order denying Plaintiff's motion for leave to file under seal, ECF No. 128, the parties are meeting and conferring to agree on appropriate redactions and treatment for documents that the parties intend to submit in an amended motion for leave to file under seal. The parties desire additional time to complete these negotiations and fully redact all sensitive documents as appropriate.

2. On August 31, 2023, this Court entered the following briefing schedule for Plaintiff's motion for class certification:

| EVENT | DATE |
|---|---|
| Plaintiff's motion for class certification (including any expert reports Plaintiff intends to rely upon for class certification) | November 10, 2023 |
| Defendant's opposition to class certification (including any expert reports Defendant intends to rely upon in opposing class certification) | December 15, 2023 |
| Plaintiff's reply in support of class certification, if any | January 16, 2024 |

ECF No. 113. The motion would be deemed submitted on the briefs, unless the Court set the motion on calendar for oral argument. *Id.* The Court determined that the parties had shown good cause for the schedule based on, among other things, the fact that Defendant intends to submit an expert report in support of its opposition to class certification, and Plaintiff will likely depose Defendant's expert and submit a response alongside her reply brief. *See id.*; ECF No. 112 ¶ 7.

      3.      On November 9, 2023, in response to a request stemming from family health emergencies impacting Plaintiff's lead counsel, Magistrate Judge Butcher extended Plaintiff's deadline to file her motion for class certification and issued a new Scheduling Order, which entered the dates set forth below:

| EVENT | DATE |
|---|---|
| Class Certification Motion (including any expert reports Plaintiff intends to rely upon) | January 19, 2024 |
| Telephonic Status Conference | March 29, 2024 at 9:30 AM |
| Mandatory Settlement Conference Briefs | April 17, 2024 |
| Mandatory Settlement Conference | April 24, 2024 at 9:30 AM |
| Fact Discovery Cutoff | June 14, 2024 |
| Initial Expert Witness Designations | June 14, 2024 |
| Supplemental Expert Witness Designations | June 28, 2024 |
| Initial Expert Disclosures | July 29, 2024 |
| Rebuttal Expert Disclosures | August 30, 2024 |
| Expert Discovery Cutoff | October 18, 2024 |
| Motion Filing Cutoff | December 6, 2024 |
| Deadline to Comply with Rule 26(a)(3) Pretrial Disclosure Requirements | March 24, 2025 |
| Deadlines for Counsel to Meet Required by Local Rule 16.1(f)(4) | March 31, 2025 |

| | |
|---|---|
| Plaintiff's Counsel to Provide Defendant's counsel a Draft of the Proposed Final Pretrial Order | April 7, 2025 |
| Proposed Final Pretrial Conference Order | April 14, 2025 |
| Final Pretrial Conference | April 21, 2025 at 11:00 AM |

ECF No. 117.

4. In the November 9, 2023 Order, Judge Butcher instructed the parties to propose their requested class certification briefing schedule directly with this Court (the Honorable Judge Lorenz). *See* ECF No. 117 at 2 n.1.

5. On November 17, 2023, the parties filed a joint motion requesting that the Court set the following briefing schedule for Plaintiff's anticipated motion for class certification, which provided for approximately the same time for briefing as this Court ordered in its August 31, 2023 order:

| EVENT | DATE |
|---|---|
| Plaintiff's motion for class certification (including any expert reports Plaintiff intends to rely upon for class certification) | January 19, 2024 |
| Defendant's opposition to class certification (including any expert reports Defendant intends to rely upon in opposing class certification) | February 23, 2024 |
| Plaintiff's reply in support of class certification, if any | March 22, 2024 |

ECF No. 118.

6. On November 20, 2023, the Court denied the parties' motion as premature and instructed: "The parties may request an extension after the class certification motion has been filed." ECF No. 119.

7. On January 19, 2024, Plaintiff filed a motion for class certification as well as a motion for leave to file documents under seal. ECF Nos. 125, 122.

8. On January 22, 2024, the parties filed a joint motion to set the same briefing schedule proposed in their November 17, 2023 motion. ECF No. 126.

9. On January 23, 2024, the Court denied the parties' request for a briefing schedule for failure to articulate good cause. ECF No. 129.

10. In light of the good cause articulated above, the parties jointly propose and request the Court enter an order setting the briefing schedule for Plaintiff's class certification motion as follows:

| EVENT | DATE |
| --- | --- |
| Defendant's opposition to class certification (including any expert reports Defendant intends to rely upon in opposing class certification) | February 23, 2024 |
| Plaintiff's reply in support of class certification, if any | March 22, 2024 |

NOW, THEREFORE, in light of the foregoing and for good cause, the parties jointly request that the Court set the class certification briefing schedule as requested above in Paragraph 10.

Respectfully submitted,

Date: January 26, 2024

**GIBSON DUNN & CRUTCHER LLP**

By: /s/ Timothy W. Loose
Timothy W. Loose (SBN 241037)
*tloose@gibsondunn.com*
Theodore J. Boutrous, Jr. (SBN 132099)
*tboutrous@gibsondunn.com*
Christopher Chorba (SBN 216692)
*cchorba@gibsondunn.com*
Perlette Jura (SBN 242332)
*pjura@gibsondunn.com*
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant Nestlé USA, Inc.*

Date: January 26, 2024

**REESE LLP**

By: /s/ George V. Granade
George V. Granade (SBN 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*

|   |   |
|---|---|
| 1 | 100 West 93rd Street, 16th Floor<br>New York, New York 10025 |
| 2 | Telephone: (212) 643-0500 |
| 3 | **SCHONBRUN SEPLOW**<br>**HARRIS HOFFMAN & ZELDES, LLP** |
| 4 | Helen I. Zeldes (SBN 220051)<br>*hzeldes@sshhzlaw.com* |
| 5 | Joshua A. Fields (SBN 242938)<br>*jfields@sshhzlaw.com* |
| 6 | Aya Dardari (SBN 344039)<br>*adardari@sshhzlaw.com* |
| 7 | 501 West Broadway, Suite 800<br>San Diego, California 92101 |
| 8 | Telephone: (619) 400-4990 |
| 9 | **SCHONBRUN SEPLOW**<br>**HARRIS HOFFMAN & ZELDES, LLP** |
| 10 | Paul L. Hoffman (SBN 71244)<br>*hoffpaul@aol.com* |
| 11 | John C. Washington (SBN 315991)<br>*jwashington@sshhzlaw.com* |
| 12 | 200 Pier Avenue, #226<br>Hermosa Beach, California 90245 |
| 13 | Telephone: (310) 396-0731 |
| 14 | **SCHONBRUN SEPLOW**<br>**HARRIS HOFFMAN & ZELDES, LLP** |
| 15 | Catherine E. Sweetser (SBN 271142)<br>*catherine.sdshhh@gmail.com* |
| 16 | 9415 Culver Boulevard, #115<br>Culver City, California 90232 |
| 17 | Telephone: (310) 396-0731 |
| 18 | *Counsel for Plaintiff Marie Falcone*<br>*and the Proposed Class* |

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Timothy W. Loose, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

By: *Timothy W. Loose*
Timothy W. Loose