George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

*Counsel for Plaintiff Marie Falcone
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| MARIE FALCONE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ USA, INC., *a Delaware corporation*, and DOES 1 *to* 100,<br><br>Defendants. | Case No. 3:19-cv-00723-L-DEB<br><br>**DECLARATION OF GEORGE V. GRANADE IN SUPPORT OF PLAINTIFF MARIE FALCONE'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 5B<br>Judge: Honorable M. James Lorenz<br><br>Complaint filed: April 19, 2019<br>Trial date: Not set |

Case No. 19cv0723

DECLARATION OF GEORGE V. GRANADE

Pursuant to 28 U.S.C. § 1746, I, George V. Granade, declare as follows:

1.      I am a partner at the law firm of Reese LLP, which is co-counsel for Plaintiff Marie Falcone ("Falcone") in the above-captioned action.

2.      I am a member in good standing of the bars of the States of California, New York, and Georgia, as well as the bars of the United States Courts of Appeals for the Ninth Circuit and the Second Circuit and the United States District Courts for the Northern District of California, Southern District of California, Central District of California, Eastern District of California, Southern District of Illinois, Northern District of Illinois, Northern District of New York, Western District of New York, Eastern District of New York, Southern District of New York, District of New Mexico, Northern District of Georgia, and Middle District of Georgia.

3.      I respectfully submit this declaration in support of Falcone's reply in support of her motion for class certification, filed concurrently herewith.

4.      The facts set forth in this declaration are based on personal knowledge, and I could competently testify to them if called upon to do so.

5.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the October 4, 2023, deposition of Plaintiff Marie Falcone. Red arrows have been added to the pages to assist the Court with locating the testimony cited in the reply brief. Additionally, a dollar amount on page 62 in line 4 was designated by Falcone as confidential pursuant to governing confidentiality order, ECF No. 97, and it has been redacted from the transcript. The dollar amount has not been cited or relied upon by either party and has no bearing on the resolution of Falcone's motion for class certification.

6.      Attached hereto as **Exhibit 2** is a true and correct copy of Falcone and Defendant Nestlé USA, Inc.'s Joint Stipulation for Purposes of Class Certification Briefing Regarding Product Labels, which was executed on January 16, 2024. Falcone intended to file this document as Exhibit 2 to the Declaration of Helen I. Zeldes in support of Falcone's motion for class certification, but inadvertently filed an earlier version of the same document.

7.      Attached hereto as **Exhibit 3** is a true and correct copy of the following document: Declaration of Dr. Ran Kivetz, Ph.D., *Maker's Mark Distillery, PBC v. Spalding*

1    *Grp., Inc.*, No. 3:19-cv-00014-GNS-LLK (W.D. Ky. June 30, 2023), ECF No. 136-2.

2        I declare under penalty of perjury under the laws of the United States of America that

3    the foregoing is true and correct. Executed on March 22, 2024, at Santa Monica, California.

4                                    By:  */s/ George V. Granade*

5                                         George V. Granade

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5215  Page 5 of 138

MARIE FALCONE Vol. I Conf.                                October 04, 2023
FALCONE V. NESTLE USA, INC.                                             1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIE FALCONE,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )   Case No.
                                  )   3:19-cv-00723-L-KSC
NESTLE USA, INC., a Delaware      )
Corporation; and DOES 1 TO 100,   )   VOLUME I
                                  )
          Defendants.             )
                                  )
_____)

CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MARIE FALCONE

LOS ANGELES, CALIFORNIA

WEDNESDAY, OCTOBER 4, 2023

10:06 A.M. - 5:07 P.M.

STENOGRAPHICALLY REPORTED BY:
CHERYL ASADA
CA CSR NO. 13496
JOB NO. J10312615



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                            30

```
 1        A    Absolutely.

 2        Q    Are those all reasons why you've bought

 3   Nestlé?

 4        A    Yes.

 5        Q    Have you stopped buying Nestlé products?        10:29AM

 6        A    Yes.

 7        Q    And when did that happen?

 8        A    About July or August.  No.  I mean, June or

 9   July of 2022.

10        Q    What happened in June or July of 2022 that     10:29AM

11   caused you to stop buying Nestlé products?

12        A    The truth.

13        Q    And what's the truth?

14        A    That the labels that are on their packaging

15   isn't what they abide by.                                10:29AM

16        Q    And how did you come to learn that truth?

17        A    Just a lot of documentation.

18        Q    When did you first come into contact with the

19   lawyers who are representing you in this case?

20             MR. GRANADE:  I am just going to object.       10:30AM

21   It doesn't sound like you're asking for

22   attorney-client communications.

23             But just advise you, don't reveal any

24   attorney-client communications.

25             THE WITNESS:  May of 2022.  April or May       10:30AM
```



MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      32

```
 1        Q     Do you know how Ms. Zeldes learned to contact
 2    you?
 3        A     Yes.
 4        Q     How did she find you?
 5        A     From a website.                                10:31AM
 6        Q     And what was that website?
 7        A     Top Class Action lawsuits [sic].
 8        Q     And how did she find you through Top Class
 9    Action lawsuits?
10              MR. GRANADE:  Objection.  Calls for            10:31AM
11    speculation.
12              THE WITNESS:  I honestly couldn't tell
13    you.
14    BY MR. LOOSE:
15        Q     Okay.                                          10:31AM
16        A     I -- I just read about it.
17        Q     You read about what?
18        A     The labeling, the problem with...
19        Q     And where did you read about it?
20        A     On -- on the website.                          10:32AM
21        Q     Did you post anything at Top Class Action
22    lawsuits, or did you --
23        A     Yes.
24        Q     What did you post?
25        A     I was upset.  I was really upset because       10:32AM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5218   Page 8 of 138

MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                        33

 1  Nestlé is, like, pretty -- pretty deep in my family.

 2  We just love Nestlé.  We even have old containers of

 3  Nestlé that are out for decoration.  And upon reading

 4  it, it kind of broke my heart.

 5      Q    What did you read that broke your heart?          10:32AM

 6      A    About the packaging, the child slave labor.

 7      Q    Anything else that broke your heart?

 8      A    And what they're doing to the climate and

 9  the -- the rainforest.  But the child slave labor

10  really got to me.  That's why I'm here today.           10:33AM

11      Q    And when you say, "child slave labor," what

12  are you talking about?

13      A    That's pretty broad.  I think there's a lot

14  of information and articles and -- that can answer

15  that question.                                           10:33AM

16      Q    But I'm asking you.

17          When you say the child slave labor got to

18  your heart, what do you mean "child slave labor"?

19      A    When I see children trafficked, bought,

20  carrying pesticides and are six years old, the ground    10:33AM

21  that they're harvesting isn't taken care of, so the

22  continuation of chopping down the rainforest, instead

23  of properly managing the environment.

24      Q    Anything else?

25      A    I think I've answered that.                      10:34AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5219   Page 9 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              35

1        A    No.

2        Q    Have you done anything, aside from looking at

3    the Nestlé Cocoa Plan website, to investigate the

4    conditions in which cocoa is grown after Ms. Zeldes

5    called you?                                         10:35AM

6        A    No.

7        Q    So the only source of information that you

8    have about cocoa-growing conditions is what is on the

9    Nestlé Cocoa Plan website.

10           Am I understanding that right?              10:35AM

11       A    That's the main focus and then the paperwork

12   for this case.

13       Q    Now, you said that your heart was broken over

14   the packaging.  I want to come back to that part of

15   your answer.                                        10:36AM

16           What about the packaging broke your heart for

17   Nestlé?

18       A    What broke my heart was the children and the

19   pictures that they have of the children and the

20   article from -- I can't remember.  Was it The         10:36AM

21   Guardian?  I'm not for sure.

22           But the packaging on Nestlé is a -- the UTZ,

23   they're supposed to maintain a certain level of

24   respect and a certain level of commitment to -- not

25   only to the people that are working for them, but for  10:36AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5220   Page 10 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      36

1   the people -- the people that buy their product.

2        Q    So the thing that broke your heart about the

3   packaging was that it referenced UTZ?

4        A    It referenced untruths.

5        Q    And what are the untruths?                    10:37AM

6        A    According to the guidelines of being a member

7   of the UTZ or the guidelines of being a member of the

8   Rainforest, those guidelines weren't being -- weren't

9   being adhered to.

10       Q    What UTZ guidelines were not adhered to?       10:37AM

11       A    Promoting child slave labor.  These children

12  are supposed to finish high school before they're

13  given the opportunity to work.  Not forced to work.

14       Q    And how did you come to the conclusion that

15  children are forced to work?                             10:38AM

16       A    There's enough evidence that proves it.

17            Would you have your six-year-old carrying

18  pesticides on their back to go work in the fields with

19  a machete in their hand?

20       Q    So let's use that example.                     10:38AM

21            What evidence do you have that there's a

22  six-year-old that's carrying pesticides with a machete

23  in their hand?

24       A    It's in an article.

25       Q    Which article is that?                         10:38AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5221   Page 11 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      38

 1   narrative.

 2          THE WITNESS:  The corporations have CEOs

 3   and have big, big, big smart people there.  And

 4   you're asking me what they should do.  They know

 5   what's right, and they know what they should do.            10:40AM

 6   And that's all I'm asking, is that they do the

 7   right thing.

 8   BY MR. LOOSE:

 9      Q    And what is the right thing?

10      A    Don't label something that's not true.  I buy     10:40AM

11   Nestlé because of their labeling -- I can go and buy

12   Kroger chocolates, and I don't have to worry about any

13   labeling.  I don't have to walk around thinking what

14   did I do and what did I buy.  I don't have to worry

15   about it because they don't label their stuff.  That's   10:40AM

16   all this is about.  It's just being proper with the

17   labeling and don't deceive people who shop.

18      Q    So are you okay if Nestlé doesn't change

19   anything about child slave labor, but the only thing

20   that it does is take these statements off of its         10:40AM

21   label?

22      A    I can't talk for Nestlé.  That's a big

23   corporation that knows what the right thing to do is.

24   And I can't say that I can say let's go to court, and

25   let's make Nestlé do the right thing.  Because Nestlé    10:41AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5222   Page 12 of 138

MARIE FALCONE Vol. I Conf.                           October 04, 2023
FALCONE V. NESTLE USA, INC.                                        39

1   is Nestlé and if Nestlé is going to do it, they will

2   do it.  If they were going to do it, they would be

3   doing it.

4       Q    So, Ms. Falcone, my question is a little

5   different.                                              10:41AM

6          You love Nestlé, but you've decided to sue

7   Nestlé.  Right?

8       A    (No audible response.)

9       Q    What are you hoping to get out of this

10  lawsuit?                                                10:41AM

11      A    All the packaging changed.

12      Q    Is there anything else you're hoping to get

13  out of this lawsuit?

14      A    I would love to see the child labor stop.  I

15  would love to see wonderful things happen.  But the     10:41AM

16  reality, it's not there.

17      Q    What would you like to see changed about the

18  packaging?

19      A    I -- that -- all these -- all these UTZs and

20  these Rainforests, they need to be taken off.  It's     10:41AM

21  not true.  Don't advertise it.

22      Q    And what's not true about UTZ statements on

23  the package?

24          MR. GRANADE:  Objection to the extent

25  it's been asked already.                                10:42AM



```
 1              THE WITNESS:  Yeah.
 2              MR. LOOSE:  I don't think I got an answer
 3    to that.
 4    BY MR. LOOSE:
 5         Q    What's not true about the UTZ statement?        10:42AM
 6         A    Okay.  So the children aren't supposed to
 7    start working in the fields until they've completed
 8    high school.  That's part of the -- that's part of the
 9    program and the guidelines.  You know, the parents are
10    so poor in those countries.  They sell their children.   10:42AM
11         Q    Do you think that any cocoa company could put
12    a UTZ statement on its products?
13              MR. GRANADE:  Objection.  Vague and
14    incomplete hypothetical.
15    BY MR. LOOSE:                                             10:42AM
16         Q    You can answer.
17         A    It's hypothetical.  I don't want to answer
18    ifs and shoulds and woulds.
19         Q    Do you buy any cocoa that you think meets UTZ
20    standards?                                                10:43AM
21         A    I don't buy any anymore.
22         Q    You don't buy any chocolate at all?
23         A    Nothing.
24         Q    Did you make that decision after you talked
25    to your lawyers?                                          10:43AM
```



```
 1        A    I did.
 2             THE WITNESS:  I'm sorry.
 3             MR. GRANADE:  No, that's fine.
 4   BY MR. LOOSE:
 5        Q    What's the last chocolate product that you    10:43AM
 6   bought?
 7        A    Butterfinger.
 8        Q    And when did you buy that?
 9        A    I slipped.  Nestlé got me.  I think that was
10   sometime last year.  I can't remember.                  10:43AM
11        Q    After you talked to Ms. Zeldes?
12        A    Yes.
13        Q    And when you say that you slipped, what do
14   you mean by that?
15        A    Butterfinger is, like, part of my DNA, and    10:44AM
16   I've been so good.  But I slipped, and I bought one
17   candy bar.
18        Q    Did you buy that candy bar because of
19   something that was on the label?
20        A    It's already got an addiction.  I've already  10:44AM
21   got the addiction.
22        Q    So you got Butterfinger because you are
23   addicted to it.
24        A    Yeah, I really love Butterfinger.  If I
25   bought any chocolate prior to this case, it was         10:44AM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5225   Page 15 of 138

MARIE FALCONE Vol. I Conf.                        October 04, 2023
FALCONE V. NESTLE USA, INC.                                    42

 1  because of the labels.  Anything after this case isn't
 2  because of the labels.  It's because I screwed up.
 3      Q    And why do you say you screwed up?
 4      A    Because I don't want to promote -- I don't
 5  want to promote this.                                    10:45AM
 6      Q    When you were buying that Butterfinger, you
 7  knew about all these things that you say are true.
 8  Right?
 9      A    I did.  And I am, in all honesty, telling you
10  that I bought a Butterfinger, because I love             10:45AM
11  Butterfingers.  And I hope the packaging gets changed,
12  so I can go about my way and buy Nestlé again.
13      Q    So if the packaging changes but nothing else
14  changes, would you buy Nestlé again?
15          MR. GRANADE:  Objection.  Vague and             10:45AM
16  incomplete hypothetical.
17          THE WITNESS:  Not only that -- not only
18  that, it's -- now, it's a moral issue.  And Nestlé
19  is the leader.  Nestlé should lead the pack
20  instead of -- instead of when I go to a store and       10:45AM
21  I see a Nestlé package, I buy that because of what
22  they put on that label.  And I'll buy that over
23  anyone else, anyone else.  But now, I just -- I
24  know too much.
25  ///                                                     10:46AM



MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                47

```
 1      Q    So if Nestlé were to publish all of these
 2   statistics on its website, would that be a small step
 3   that would get --
 4      A    Absolutely.
 5      Q    -- would get you to purchase again?          10:50AM
 6           MR. GRANADE:  I would like to object.
 7           MR. LOOSE:  Okay.
 8           MR. GRANADE:  Objection.
 9   By MR. LOOSE:
10      Q    And your answer was?                         10:51AM
11      A    Absolutely.
12           MR. GRANADE:  Thank you.
13   BY MR. LOOSE:
14      Q    Earlier, when you were answering about your
15   purchasing history, you said all of your purchases    10:51AM
16   before you talked to Ms. Zeldes were based on what was
17   on the label.
18           Did I hear you correctly?
19      A    Yes.
20      Q    When was the first time that you bought a    10:51AM
21   Nestlé product?
22      A    The first time?
23      Q    Right.
24      A    That I personally bought a Nestlé product?
25      Q    Yes.                                          10:51AM
```



```
 1        A      All of it.

 2        Q      Okay.   What about morsels?

 3        A      Yeah, that for cooking.

 4        Q      And what would you use morsels for?

 5        A      For cookies, cakes, decorating the tops of      10:53AM

 6   the cakes.

 7        Q      Chocolate chip cookies?

 8        A      Yes.

 9        Q      Do you like the Toll House recipe?

10        A      Yes.                                            10:53AM

11        Q      Is that the recipe that you still use?

12        A      I don't use it anymore.  I'm sorry.  But at

13   one point, yes.

14        Q      Did you stop using it after you talked to

15   Ms. Zeldes?                                                 10:53AM

16        A      Yes.  I stopped purchasing any chocolate.

17        Q      So you don't make any chocolate chip cookies

18   anymore?

19        A      No.

20        Q      When you first bought that Nestlé product as   10:53AM

21   an adult, was there anything on the label about UTZ?

22        A      I see what you're -- yes.

23        Q      And what year did you purchase that first

24   Nestlé Product?

25        A      Oh, 2004 or '05, as a mother.                  10:54AM
```



1      Q     And on that first product that you purchased

2    as a mother in 2004 or 2005, what was on the label

3    about UTZ?

4      A     Basically, what's on there now.

5      Q     And what's on there now?                        10:54AM

6      A     The Cocoa Plan, like the Cocoa Plan, the UTZ

7    and the Rainforest.  Now, they have the alliance with

8    the rainforest.  2018, I think.  I'm not for sure.

9      Q     Anything else that you remember about the

10   first label that you purchased as an adult mother?      10:54AM

11     A     They listed their standards, but that's going

12   back a long time.

13     Q     When you were making your first purchases as

14   a mother, was Nestlé already in your DNA?

15     A     Yes.                                             10:55AM

16     Q     And you had grown up on Nestlé products.

17   Right?

18     A     Yes.

19     Q     And so when you were looking to purchase

20   products for your family, you also wanted to raise      10:55AM

21   them on Nestlé.  Is that right?

22     A     Yes.  And we lived very close to a Hershey

23   plant, but it didn't matter, because we were Nestlés.

24     Q     How did you become Nestlés?

25     A     I don't know.  It was -- it was the chocolate   10:55AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5229   Page 19 of 138

MARIE FALCONE Vol. I Conf.                           October 04, 2023
FALCONE V. NESTLE USA, INC.                                       51

1   bars, and just my grandmother always, always had

2   Nestlé.  And she even had the old containers.  She

3   used to save the old containers and use them for other

4   things, and I just remember being little and seeing

5   them.                                                      10:56AM

6       Q    Did Nestlé get into your DNA because of what

7   was on the labels?

8       A    As a child, you have no idea about what

9   Nestlé puts on their labels.  You just know that it's

10  chocolate and you like it.  And there are some          10:56AM

11  chocolates that are made better than other chocolates.

12  And some people, when they make chocolate, have a

13  special touch, and that's what Nestlé has.  So no, at

14  three years old, I wasn't reading the label.

15      Q    And when you were a mother in 2004, 2005,     10:56AM

16  were you reading the labels at that point?

17      A    Yes.

18      Q    And what would you do when you were deciding

19  which chocolate products to purchase?

20          MR. GRANADE:  Objection.  Vague.               10:56AM

21          THE WITNESS:  First thing I do is I turn

22  the label over because I want to see the

23  nutritional value.  And then right next to the

24  nutritional value, it will have product

25  information, expiration date.  And then when I go      10:57AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5230   Page 20 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              52

1   and turn it and I look and I see all these

2   wonderful things that Nestlé does to help the

3   environment, to help the people in West Africa,

4   that just makes it triple.  That's the reason you

5   have to buy it.                                    10:57AM

6   BY MR. LOOSE:

7       Q    Would you have bought Nestlé products without

8   those statements on there?

9           MR. GRANADE:  Objection.  Vague.

10          THE WITNESS:  When I didn't know the         10:57AM

11  real -- the real truth of what goes on, it's so

12  easy just to buy.  But when you know what's the

13  right thing to do, you can't be part of it.

14  BY MR. LOOSE:

15      Q    How did you learn the truth?               10:58AM

16          Who told you the truth?

17      A    I read it on the website, and that's what

18  really upset me.

19      Q    And when you say, "the website," do you mean

20  NestléCocoaPlan.com?                               10:58AM

21      A    No.  The Top Class Actions lawsuits.

22      Q    Did you do anything to investigate what you

23  were reading on Top Class Action lawsuits?

24      A    I leave that to the counsel that's taking --

25  that posted that.  When I read it, I didn't have to   10:58AM



 1   investigate.  It just upset me.  It made me ill, and

 2   all I did was make a comment.

 3       Q    What did you say in your comment?

 4            MR. GRANADE:  Objection.  That is calling

 5   for an attorney-client privileged communication.          10:58AM

 6            MR. LOOSE:  Well, let me ask some

 7   foundational questions, then.

 8   BY MR. LOOSE:

 9       Q    When you made a comment on Top Class Actions,

10   were you posting that to the Top Class Actions           10:59AM

11   community?

12       A    Yes.

13            MR. GRANADE:  Oh.

14   By MR. LOOSE:

15       Q    Were you talking to any attorney at that        10:59AM

16   point?

17       A    No.

18       Q    So what comment did you make on the Top Class

19   Actions website?

20       A    I'm pretty sure they can give it to you word    10:59AM

21   for word.

22       Q    What's your best recollection?

23       A    Because I can't give it to you word for word.

24       Q    Okay.  Well, just give me your best

25   recollection.                                            10:59AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5232   Page 22 of 138

MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                          62

```
 1   16 hours a day, not paying me, not feeding me,
 2   that's child labor.  My mother didn't sell me.
 3   This was our future.  This was my inheritance, so
 4   we're talking about a ███████ business in the
 5   '70s compared to a little strip of land that        11:08AM
 6   someone makes two cents a day.  There's no
 7   comparison.
 8   BY MR. LOOSE:
 9      Q    Where are you getting your facts about people
10   making two cents a day on a small strip of land from?  11:08AM
11           MR. GRANADE:  Objection.  Vague.
12           THE WITNESS:  Just information I read
13   when I looked up things from the UTZ.
14   BY MR. LOOSE:
15      Q    And what specifically did you see that said   11:08AM
16   two cents a day on a small strip of land?
17      A    I think the small strip of land was in The
18   Guardian.
19      Q    What about the two cents a day?
20      A    The two cents a day was something when I      11:08AM
21   think I was going into the UTZ website.  I can't
22   remember offhand.
23      Q    What was the pivotal thing that led you to
24   stop buying any kind of chocolate?
25      A    It was the deception.  It was the deception.  11:09AM
```



1   I love Nestlé, and I know not a lot of things are

2   going to change.  I hope they will.  That's the reason

3   I'm here.  I just want them to change.  But I

4   didn't -- I -- when I went to a store and made the

5   choice to buy things because Nestlé was doing the          11:09AM

6   right thing, and that's all I want to see.  So I

7   bought things and Nestlé wasn't doing the right thing.

8   That's a hard pill to swallow when it's a company that

9   you really treasure.

10       Q    If I understand you correctly, you stopped       11:10AM

11  buying all cocoa, all chocolate of any kind.  Am I

12  understanding that right?

13       A    I did.

14       Q    Well, why did you stop buying all cocoa of

15  any kind?                                                   11:10AM

16       A    Because I'm supporting that.  I'm supporting

17  that, and I didn't understand.  And I'm sorry.  I

18  can't support it.

19       Q    You say you're supporting "that," what are

20  you supporting through your decision to not buy any        11:10AM

21  chocolate?

22       A    The continuation of slave labor, the

23  reduction of the rainforest.

24       Q    Do you make any donations to programs that

25  combat child labor?                                        11:10AM



```
 1      A    No.

 2      Q    Are you alleging that you've been harmed in

 3  any way?

 4          MR. GRANADE:  Objection.  Calls for a

 5  legal conclusion.                                    11:44AM

 6  BY MR. LOOSE:

 7      Q    You can answer.

 8      A    I have been.

 9      Q    And how is that?

10      A    My little kids get to put that Carnation    11:44AM

11  Instant Breakfast and that Ovaltine and that Nesquik

12  in their mouth in a nice, heated home with carpeting,

13  and three meals a day.  But the way that that was

14  produced was on the backs of little kids.  That's

15  really damaging.                                     11:44AM

16      Q    And just so I understand what you're saying,

17  did that cost you any money?  Or that's damaging

18  because it hurts you emotionally?

19          MR. GRANADE:  Objection.  Compound,

20  vague.                                               11:44AM

21          THE WITNESS:  If I would have known that

22  all of those fancy little labels weren't the

23  truth, I can't tell you if I would have bought it,

24  because that's one thing that really stands out

25  with Nestlé is because you can go into a store and    11:45AM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5235   Page 25 of 138

MARIE FALCONE Vol. I Conf.                     October 04, 2023
FALCONE V. NESTLE USA, INC.                                74

1   you can look at every chocolate company, and

2   nobody shows the public what they're doing.  But

3   Nestlé does.  And that's kind of a pride thing to

4   sit there and pull Nestlé off of there because,

5   look, UTZ, Rainforest, Cocoa Plan, you got it.          11:45AM

6   You got it going on.  Those are the kind of

7   companies you want to support.

8   BY MR. LOOSE:

9       Q    Did you buy any other cocoa from other

10  companies that made those kind of statements on their   11:45AM

11  labels?

12      A    I don't remember ever seeing other labels

13  that are that pronounced.  They're right on the front.

14  If they have a Rainforest Alliance, it's this little

15  tiny thing way in the corner.  But Nestlé stands by     11:45AM

16  what they say, so it's right in the front of the

17  package.

18      Q    So if other cocoa companies put things in

19  small on the back, that's not what you're talking

20  about; you're talking about stuff that's on the front   11:46AM

21  of the package?

22      A    Oh, I'm talking about --

23           MR. GRANADE:  Objection.

24           You may answer.  I just wanted to lodge

25  an objection.                                           11:46AM



Case 3:19-cv-00723-L-DEB    Document 138-1    Filed 03/22/24    PageID.5236    Page 26 of 138

MARIE FALCONE Vol. I Conf.                                October 04, 2023
FALCONE V. NESTLE USA, INC.                                          75

```
 1           THE WITNESS:  Okay.
 2           I'm talking about that advertising, that
 3    big ol' UTZ label.  You know what UTZ means?  It
 4    means good on my end.  Right there.  And that big
 5    Rainforest Alliance, and that big Cocoa Plan, and      11:46AM
 6    that website that you can go and track those
 7    78,000 child laborers, that was in 2019.  And I
 8    got that off their website.
 9    BY MR. LOOSE:
10       Q    When was the first time that you visited the   11:46AM
11    website tracking the 2019 data?
12       A    When I read the allegations on the Top Class
13    Action lawsuit website.
14       Q    And did you read that 2019 report before you
15    were contacted by Ms. Zeldes?                          11:47AM
16       A    What report are you speaking of?
17       Q    The one that you said tracked the 2019 data.
18       A    No.
19       Q    You read it after you spoke to her?
20       A    Yes.                                           11:47AM
21       Q    Okay.  When you said that "there's a big ol'
22    UTZ label," what do you mean by "big"?
23           How big are you talking?
24       A    It takes a nice little portion on the top of
25    the package.  You know, it's right in the front of the 11:47AM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5237   Page 27 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                76

 1    package.  Most of the other companies don't put it on

 2    the front of the package.

 3         Q     Where do most other companies put it?

 4         A     In the back on the bottom, somewhere small.

 5         Q     Do you think that's misleading to put it on        11:48AM

 6    the back on the bottom?

 7         A     I think just all of them shouldn't have it on

 8    at all.  Don't use that as a marketing ploy.

 9         Q     So you think no chocolate company should use

10    a Rainforest Alliance label?                                  11:48AM

11            MR. GRANADE:  Objection.

12            THE WITNESS:  The Rainforest Alliance has

13    guidelines and things that they have to follow.

14    If you're not following the guidelines, you

15    shouldn't be advertising.                                     11:48AM

16    BY MR. LOOSE:

17         Q     Have you concluded that Nestlé is not

18    following the Rainforest Alliance guidelines?

19         A     Myself personally, here, yes.

20         Q     And how have you personally here come to that      11:48AM

21    conclusion?

22         A     From reading all the information.

23         Q     And when you say, "from reading all the

24    information," what information is that?

25         A     Their website, mostly.                             11:49AM



1     Q    Nestlé's website?

2     A    Yes.

3     Q    And what is the URL that you're talking

4  about?

5     A    It's MyCocoaPlan.com.  And there's -- go into          11:49AM

6  the website, and you can check the charts.  The

7  charts -- here's a whole country, and the chart is

8  this big, just two little things.  It has, like,

9  2000 -- I can't remember, but I think the last one --

10 it's one year, one or two years, and then 2019.            11:49AM

11 That's it.

12    Q    Do you think that the Cocoa Plan website is

13 telling the truth about what's going on?

14    A    No.

15    Q    What is it lying about?                              11:49AM

16    A    The amount --

17         MR. GRANADE:  Objection.

18         THE WITNESS:  The amount of slaves.  It

19 keeps raising -- rising.  Excuse me.

20 BY MR. LOOSE:                                                11:49AM

21    Q    What is the -- what is your source to say

22 that the amount of slaves is rising?

23    A    It's on their website.

24    Q    I'm just getting a little confused because I

25 asked you if the website is telling the truth, and you     11:50AM



1   said it's not.

2        A     No, it's not.

3        Q     What's --

4        A     For one thing, the information is old.  We're

5   talking about 2019.  And the Cocoa Plan, Nestlé has          11:50AM

6   given itself timelines and time -- dates that they're

7   going to be better at monitoring the slaves, they're

8   going to be better at documenting everything, and the

9   slave labor is going to lessen every year, every year.

10  But it just keeps going up.                                  11:50AM

11       Q     And how do you know that slave labor is going

12  up every year?

13       A     Because it's on their website.

14       Q     So what -- is slave labor in 2023 worse than

15  it was in 2022?                                              11:51AM

16       A     I have no idea because the data stopped in

17  2019.

18       Q     Have you looked at any other sources to

19  figure out what the state of slave labor is today?

20       A     I just --                                         11:51AM

21            MR. GRANADE:  Objection.  Asked and

22  answered or partially asked and answered.

23            THE COURT REPORTER:  And I'm sorry, what

24  was the answer?

25            THE WITNESS:  I just looked on their               11:51AM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5240   Page 30 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              79

```
 1   website.
 2   BY MR. LOOSE:
 3       Q    You've looked at no other places to get
 4   information about child labor in Africa?
 5       A    No, because I trust Nestlé.                    11:51AM
 6            MR. GRANADE:  Objection.
 7   BY MR. LOOSE:
 8       Q    Okay.  Do you still trust Nestlé?
 9       A    No.
10       Q    So why are you not going to other websites?   11:51AM
11       A    What am I supposed to do?  I'm here for
12   Nestlé.  I'm not here for the other companies.
13       Q    Why are you only here about Nestlé's issues?
14       A    Because Nestlé is here for me, and that's why
15   I am here.  I don't care about Hershey.  I don't care   11:51AM
16   about Kroger's chocolate.  I care about Nestlé.
17       Q    Why do --
18       A    I love Nestlé.
19       Q    Why do you care so much about Nestlé?
20       A    Because I love them.                           11:52AM
21       Q    Why don't you care about what is going on
22   with Hershey?
23       A    It's not -- it's not the slavery, so let's
24   get that straight.  It's not about the slavery that
25   I'm not caring about.  It's about doing the right       11:52AM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5241   Page 31 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              80

1  thing.  That's what I care about, and that's what I
2  want Nestlé to do.
3       Q    So why don't you care if Hershey does the
4  right thing?
5       A    I don't know a lot about Hershey because I    11:52AM
6  don't buy Hershey.
7       Q    But you bought Hershey before.  Right?
8       A    I don't buy Hershey.
9       Q    You never bought Hershey?
10      A    I buy Hershey, but not for me because I don't   11:52AM
11  eat Hershey.  And I lived across the street from a
12  Hershey factory, but I don't -- they're not my
13  chocolate.
14      Q    Who do you buy Hershey for?
15      A    Oh, gifts, because I have friends that only   11:52AM
16  do Hershey's, and -- and it's just for a gift.
17      Q    And do you still buy chocolates for gifts?
18      A    No.  No, and I don't drink coffee anymore.
19      Q    Why don't you drink coffee anymore?
20      A    For the same reason.                          11:53AM
21      Q    Have you brought a lawsuit about the coffee
22  conditions?
23      A    No.
24      Q    Why not?
25      A    I don't know why.  I haven't brought coffee   11:53AM



1   So they're going to, I think, add the cases together.

2   I'm not sure.

3        Q    How did you find the lawyers who represented

4   you in the glucosamine lawsuit?

5        A    From Top Class Action lawsuits.          11:59AM

6        Q    Did you post on the glucosamine web page?

7        A    Yeah, because I -- I use that for my knees.

8        Q    What came first:  Your post about glucosamine

9   or your post about Nestlé?

10       A    Glucosamine.  And I'm not the only plaintiff   11:59AM

11  on that case.  There was a few other [sic].

12       Q    When you made your post about Nestlé, were

13  you hoping to find a lawyer?

14       A    I was hoping to help.

15       Q    How would you hope to help?          11:59AM

16       A    I have no idea, but I was there to help.  I

17  still had packages, and I had receipts.  I just didn't

18  know -- but I was there to help.

19       Q    In this case, are you alleging that you've

20  lost money in any way?          12:00PM

21            MR. GRANADE:  Objection.  Legal

22  conclusion.

23            THE WITNESS:  The money I lost is --

24  isn't that much compared to what lawsuits do and

25  what people bring up, but it's just -- it's -- for   12:00PM



1  me, it's more the moral issue.  I just want the

2  packaging changed.

3  BY MR. LOOSE:

4      Q     Would you be satisfied -- if the package were

5  changed tomorrow, would you drop the lawsuit?                12:01PM

6          MR. GRANADE:  Objection.

7          THE WITNESS:  If they changed the

8  packaging, yes.

9  BY MR. LOOSE:

10     Q     What would they have to do --                      12:01PM

11     A     They would have to keep their commitment.

12  Just keep your commitment.  Keep the commitment with

13  your Rainforest Alliance and follow the rules and the

14  guidelines and the regulations.

15     Q     Is there anything else they'd have to do?          12:01PM

16     A     And just get rid of that packaging.  Because

17  we're still going to love Nestlé.  Nestlé is not going

18  anywhere.  We're still going to love Nestlé.

19     Q     So once the package changes, are you going to

20  start purchasing again?                                     12:01PM

21     A     And their commitment changes too, to the UTZ

22  and rainforest, absolutely.

23     Q     So if the only thing that changes is the

24  packaging, you're not going to start purchasing again?

25          MR. GRANADE:  Objection.                            12:01PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5244   Page 34 of 138

MARIE FALCONE Vol. I Conf.                        October 04, 2023
FALCONE V. NESTLE USA, INC.                                    88

1       THE WITNESS:  I still answer after

2   objection?

3       MR. GRANADE:  Yeah.

4       THE WITNESS:  I -- I -- I know that this

5   is going to make a change.  I know this is.  It          12:02PM

6   might sound silly.  I don't come here.  I don't do

7   depositions.  But I know this is going to make a

8   change.  I just want to see the numbers go down.

9   I just want to see accountability and get rid of

10  the packaging because I love Nestlé.                     12:02PM

11  BY MR. LOOSE:

12      Q    And that's what I'm trying to understand.

13           So if the only thing that changed was they

14  got rid of the packaging, am I understanding you

15  correctly that you would not start purchasing again      12:02PM

16  until there was change in the way the cocoa is grown?

17      A    What I know -- what I know is it's a good

18  company.  They're good -- they're a good company.  And

19  I think that sometimes you just need, like, a little

20  bit of a nudge to, like, straighten up a little bit,     12:02PM

21  walk a little straighter.  And if they changed the

22  packaging and did their due diligence with the

23  commitment that they promised UTZ and the commitment

24  that they promised with the rainforest -- and they can

25  do it.  Because they're Nestlé, they can do that.  I     12:03PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5245   Page 35 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      89

 1  know they can.  That's all I want to see happen.

 2      Q    And I'm still trying to get at, would a

 3  change to the packaging be enough for you?

 4      A    I would want the change in the packaging,

 5  definitely.  That's, like, 80 percent of it.  And the        12:03PM

 6  other 20 percent is to take care of what the promises

 7  were.  Because see, if we just take that packaging

 8  off, that's -- the deceit that's been in the packaging

 9  will continue if we take -- if we clear the packaging,

10  so it's still going to continue.  But if they promise        12:03PM

11  to do their due diligence with the Rainforest

12  Allegiance [sic] and with UTZ, that would be rocking.

13      Q    How would Nestlé do its due diligence with

14  Rainforest Alliance and UTZ?

15      A    They -- they would have to get those slave        12:04PM

16  numbers down.

17      Q    What would they have to get them down to?

18      A    What they promised.  They already promised.

19  They already promised.  They have what they're working

20  towards.  That's what they promised already.  So we go        12:04PM

21  from the first time that they took any kind of -- how

22  would you call that -- on their labels -- I mean, on

23  their graphs.  The first time that they start

24  tracking, okay, we have 14,000.  Now, we have 78,000

25  slaves.  That was in 2019.  Has it gone down?  It's        12:04PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5246   Page 36 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                            90

1  not up on the website.  Are they doing their due

2  diligence?

3        Q    How much does it need to go down from 78,000?

4        A    What they promised.

5        Q    And what did they promise?                      12:05PM

6        A    Get the Cocoa Plan.

7        Q    The Cocoa Plan says, "We promise to have a

8  certain reduction in the number of laborers"?

9             THE COURT REPORTER:  I'm sorry, what was

10  the answer?                                                12:05PM

11            THE WITNESS:  There was none.

12  BY MR. LOOSE:

13       Q    Oh, what is your answer to that question?

14            I thought you were nodding your head "yes."

15       A    All -- all of their promises, their            12:05PM

16  information, their goals have already been set.  So if

17  they can't hold to the goals that they promised, which

18  has already been a few times -- so at least have some

19  kind of change.

20       Q    So as long as they have some kind of change,    12:06PM

21  that's what you're looking for?

22       A    With the -- yeah.  Because from -- going from

23  14,000 recorded slaves to 78,000 in 2019 which was --

24  it was supposed to go down.

25       Q    And when you say, "recorded slaves," what do    12:06PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5247   Page 37 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              94

 1      Q    -- out there is the truth?

 2      A    Right.

 3           MR. GRANADE:  But if you could let him

 4  ask the question.

 5  BY MR. LOOSE:                                      12:10PM

 6      Q    So I'm asking you what you have seen

 7  personally with your own eyes that is your source of

 8  truth on what is going on in the cocoa supply chain,

 9  and you've given me the Cocoa Plan website.

10      A    Uh-huh.                                   12:10PM

11      Q    You've given me the Rainforest Alliance

12  website.  And you've given me the -- the UTZ website.

13      A    Absolutely.  And The Guardian.  And there's

14  more websites on the -- the documents that you have on

15  the bottom of the footnotes.                       12:11PM

16      Q    When you say "the documents," do you mean the

17  complaint --

18      A    Yes.

19      Q    -- that was filed in this case?

20           Have you viewed the websites that are in the  12:11PM

21  complaint?

22           MR. GRANADE:  Objection.  Vague.

23           THE WITNESS:  With my attorney.

24  BY MR. LOOSE:

25      Q    Okay.  So you haven't looked at them outside  12:11PM



1  of doing it with your lawyers?

2      A    No, with my lawyers.

3      Q    Okay.  Did you look at any of those sources

4  of truth before you met the lawyers representing you

5  in this case?                                        12:11PM

6      A    It's not about when I met the lawyers.  I

7  didn't understand what all that jargon was.  And when

8  the -- when that website offered the information of

9  the investigation is when I started learning things.

10 Because when I see -- when I go in a store and I saw  12:12PM

11 Nestlé with UTZ and Rainforest Alliance, I wasn't

12 thinking slave labory [sic] -- I mean, slave labor.  I

13 wasn't thinking that at all.  I was thinking, "Oh, my

14 God, look what they're doing with the environment.

15 They're so awesome, as usual."  Having everything      12:12PM

16 labeled there, I never once thought of child slave

17 labor.  And Nestlé is the -- the biggest of the

18 chocolate producers that just label it right there for

19 you to see when you walk in a store.  Right there for

20 you to see.  And then until I understood what was      12:12PM

21 really going on, like, it's so deceiving and it's --

22 it's -- I don't know.  It's just -- it's

23 heartbreaking.  Like, in all sections, it's

24 heartbreaking.

25     Q    So, again, I just want to focus you on my     12:13PM



Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5249  Page 39 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      96

     1   question.

     2         I'm talking about the sources of truth that

     3   you've seen with your own eyes, and I'm asking you:

     4   Did you look at the UTZ website before you met the

     5   lawyers representing you in this case?        12:13PM

     6      A    No.

     7      Q    Did that website exist before you met the

     8   lawyers representing you?

     9      A    Yes.

    10      Q    Was the name of that website listed on the   12:13PM

    11   big ol' label that you saw in the store?

    12      A    I don't remember a dot-com on that packaging.

    13   I just remember "UTZ Certified" on there.  But when I

    14   go to buy a package, that's the trust that I have.

    15      Q    What is UTZ?                                 12:13PM

    16      A    It's -- it's -- it provides guidelines for

    17   corporations and how they plant, how they have slave

    18   laborers, what they can do, keeping accountability,

    19   doing things right for them.  You know, just like you

    20   said, you know, giving schools and offering education.  12:14PM

    21   And, you know, who knows.  Maybe clothing.  I don't

    22   know.  Maybe they've built them a town.  That would be

    23   nice, you know.  And things like that.

    24         That's your responsibility as a corporation

    25   to do the right thing for others and then to do the   12:14PM



Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5250  Page 40 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      97

 1    right thing that you can make a profit and do the

 2    right thing for the consumer.

 3         Q    Did you know what UTZ was when you were

 4    buying Nestlé products?

 5         A    Yes.                                        12:14PM

 6         Q    How did you learn that?

 7         A    I just learned that from knowing things.  I

 8    don't know.  Just like -- it's nothing, like, I

 9    investigated.  It's just that, you know, when you see

10    a -- a Rainforest Alliance, you know that somebody is  12:15PM

11    watching out.  And that's kind of just all I really

12    understood is somebody is watching out for everyone

13    involved.

14         Q    I want to ask you a similar series of

15    questions about the source of truth in the Cocoa Plan.  12:15PM

16              Did you ever look at the Cocoa Plan website

17    before you met the lawyers who represent you here?

18         A    No.

19         Q    Did you ever see the Cocoa Plan website

20    written on that big ol' label that says "UTZ           12:15PM

21    Certified"?

22         A    Yes, and I saw Cocoa Plan.

23         Q    And you saw CocoaPlan.com?

24         A    Yeah.

25         Q    But you never visited it?                   12:15PM



1       A     No, because it's Nestlé.

2       Q     And what do you mean by that, "because it's

3    Nestlé"?

4       A     Because it's Nestlé, and I trust them.

5    They're going to do the right thing, so I don't have          12:15PM

6    to worry about it.  If they say they're UTZ-certified,

7    they're UTZ-certified, period.

8             Same thing with rain -- the Rainforest

9    Alliance.  Same thing.  Whatever packaging they have

10   on their Cocoa Plan, they're following their -- their        12:16PM

11   guidelines, because that's Nestlé.  I would never

12   question them.

13      Q     But when you went to the Cocoa Plan website

14   for the first time, did you question Nestlé?

15      A     Yes.  And I -- then I had an awakening.             12:16PM

16      Q     What did you see on the Cocoa Plan website

17   that created this awakening?

18      A     I don't recall everything that I've seen

19   because it was a long time ago.  I was only on the

20   website one time.                                            12:16PM

21      Q     And that time was after you spoke to

22   Ms. Zeldes.  Correct?

23      A     With -- with counsel.

24      Q     So the only time you visited the Nestlé Cocoa

25   Plan website is with a lawyer walking you through it.       12:16PM



 1    would have never, ever thought that those guidelines

 2    weren't being met at all.

 3           That's why I -- I love Nestlé.  I'm going to

 4    continue to love Nestlé.  I'll always love Nestlé.

 5    I'm not buying Nestlé, but I still love them.  They          12:22PM

 6    are a part of, like, my childhood, and my kids were

 7    raised on a lot of their products.  But it doesn't

 8    change the fact that just because I love them, that

 9    they -- they have to file -- they have to keep the

10    guidelines.                                                  12:22PM

11           And I know the guidelines are difficult

12    because Rainforest Alliance has a lot of guidelines

13    that maybe can't be met, but -- but what I don't

14    understand is the slave labor keeps going up and up,

15    and it was promised to go down.                              12:22PM

16      Q    And, again, I want to make sure I understand.

17           You repeatedly said, "The slave labor keeps

18    going up and up."

19           Is your only source for that the statement

20    that you saw in a 2019 report on the Cocoa Plan              12:22PM

21    website?

22      A    Yes.

23      Q    Is there any other support for that

24    statement?

25      A    No.  I have never been to Africa, so no.              12:23PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5253   Page 43 of 138

MARIE FALCONE Vol. I Conf.                           October 04, 2023
FALCONE V. NESTLE USA, INC.                                      105

```
 1      Q    When you saw the Top Class Actions report
 2   that said Nestlé isn't meeting Rainforest Alliance
 3   guidelines, why did you believe that instead of
 4   Nestlé?
 5           MR. GRANADE:   Objection.                    12:23PM
 6           THE WITNESS:   I think in my head, and I'm
 7   thinking -- so -- and I don't like to talk this
 8   way.  But when I go into a store, I have brands
 9   that I trust and have always trusted.  So when I
10   go into a store, I don't have to worry about that.   12:23PM
11   And I can give them my money because I don't have
12   to worry about that.  And then I've never had
13   anything to -- I've never had anything to go to a
14   website and say, is Nestlé lying?  I have to go
15   there, you know.  Never, because I trust them.       12:24PM
16   And when I read that, I was floored because it was
17   totally the opposite of what my mind had comforted
18   and already gave me the scenario, you know.
19           And so it was really a hard thing for me
20   to read.  That's why I was so upset when I sent it   12:24PM
21   in.  Because they'll ask you to comment, and I --
22   very long comment.  And -- so it was difficult, in
23   the beginning.  It was difficult.  Because for a
24   while there, I thought, God, I put that in my
25   kid's mouth.  Right?  My kids have the heat and      12:24PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5254   Page 44 of 138

MARIE FALCONE Vol. I Conf.                     October 04, 2023
FALCONE V. NESTLE USA, INC.                              106

 1  the air conditioning and the carpeted floors and,

 2  you know, running around and playing all day long.

 3  And it's not true.  And I promoted that because I

 4  feel like I promoted it by buying it.

 5        So it's -- it's taking a toll on me          12:25PM

 6  emotionally because I promoted it.  I promoted it

 7  because I bought the product and tons of the

 8  product.  Tons of the product.  And I probably

 9  wouldn't have ever bought it, ever, if I had known

10  that in the beginning.  But it's just if you have   12:25PM

11  trust in a corporation, you don't look outside the

12  box.

13  BY MR. LOOSE:

14     Q    When you first saw that report on Top Class

15  Actions, did you take any steps to verify that what  12:25PM

16  you were reading on Top Class Actions about Nestlé was

17  true?

18     A    I did Google once, I think.  I think I did

19  Google once about the Rainforest Alliance.  I think I

20  did -- and UTZ.  I think I did UTZ and Rainforest      12:26PM

21  Alliance, I think.  And then after that, I was just

22  really upset, and it wasn't too long later that

23  somebody contacted me.

24     Q    That someone being Helen Zeldes?

25     A    Yes.                                          12:26PM



```
 1      Q     So if I understand the timeline right, you

 2   read something on Top Class Actions that upsets you,

 3   and then you decide to Google something about

 4   Rainforest Alliance and maybe something about UTZ.

 5   And then Ms. Zeldes contacts you shortly thereafter.    12:26PM

 6   Is that the accurate timeline?

 7      A     Yes.  I think I -- I Googled but --

 8   because -- because of -- the slave labor was really

 9   bothering me, and -- and she had contacted me, I

10   think, via e-mail shortly -- shortly after.  I -- I    12:27PM

11   don't remember what the paragraph I wrote was.

12      Q     On Top Class Actions?

13      A     Yeah.  Yes.

14      Q     Okay.  When you did that Google search about

15   Rainforest Alliance, after seeing the news on Top      12:27PM

16   Class Actions, what did you see?

17      A     I just saw the guidelines.  The guidelines

18   are, like, the first thing that came up.

19      Q     Did you --

20      A     And --                                        12:27PM

21      Q     -- see anything else in your Google searching

22   beyond the Rainforest Alliance?

23      A     No.  And then after that, I was so frustrated

24   about that, I -- I just -- I just stopped.  And --

25   because in all actuality, and the truth being the way  12:27PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5256   Page 46 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                            112

```
 1    can't remember ever buying chocolate chips at Costco.

 2    Is that right?

 3         A    Right.  Exactly.  I do not recall ever buying

 4    it, but that doesn't mean it didn't happen because it

 5    could've been my daughter or who knows.                    12:32PM

 6         Q    Yeah, but to the best of your memory, you

 7    don't remember --

 8         A    No.  I don't remember, no.

 9         Q    If you look at the bottom of Exhibit 1, do

10    you see something that says, "Made with sustainable       12:33PM

11    cocoa"?

12         A    Yes.

13         Q    Is that what you would consider to be a big

14    ol' statement on the front of the package?

15         A    I don't see any UTZ here.  I don't see any      12:33PM

16    Rainforest Alliance.  So sustainable cocoa, just made

17    with sustainable cocoa, that's pretty vague.

18         Q    Okay.  Does that --

19         A    But they kept it that way on purpose.  You

20    don't see any Rainforest Alliance.  I don't see           12:33PM

21    anything here, UTZ.  They kept it vague.

22         Q    Does "made with sustainable cocoa" have any

23    meaning to you?

24         A    Yes, yes.

25         Q    What does it mean to you?                        12:33PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5257   Page 47 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      113

1       A    It means that the farmers, the land,

2    everything was just done in the best manner for

3    everyone.  If you're going to sustainable cocoa,

4    you're going to take care of the grounds.  You're

5    going to take care of the environment.  You're going      12:34PM

6    to take care of the farmers.  And you're still going

7    to make a profit.

8       Q    Do you think that this statement, "Made with

9    sustainable cocoa," in Exhibit 1 is false?

10           MR. GRANADE:  Objection.  Calls for             12:34PM

11   speculation.

12           THE WITNESS:  Thank you.

13   BY MR. LOOSE:

14      Q    You can answer.

15      A    I don't think it is proper for any of them at     12:34PM

16   all.  I -- I -- I think it's a little bit better

17   packaging, because if there's any coding for

18   Rainforest Alliance, it's not labeled here.  They may

19   have some kind of coding, who knows, but it's not

20   labeled anything else.  So they're not -- so what         12:34PM

21   they're saying is sustainable cocoa, that's up for

22   grabs, but they're not promising you anything here,

23   saying we're a part of an allegiance and we are

24   certified.  They don't have anything here.  So, you

25   know, it's pretty vague.                                  12:35PM



 1      Q     So the best of your knowledge, Nestlé's

 2   statements on packaging that it's Rainforest

 3   Alliance-certified were true.  Right?

 4           MR. GRANADE:  Objection.

 5           THE WITNESS:  Can you rephrase that?  Are          12:37PM

 6   you talking about the -- the -- the label?

 7   BY MR. LOOSE:

 8      Q     Yes.

 9           That when Nestlé's label says, "Rainforest

10   Alliance Certified" --                                    12:37PM

11      A     Right.

12      Q     -- you would agree that that is a true

13   statement because it is certified by Rainforest

14   Alliance.  Right?

15           MR. GRANADE:  Objection.                           12:37PM

16           THE WITNESS:  That's a different type of

17   question you asked me.  Because I don't know if

18   you're asking me if that is the truth they are

19   certified, or if you're asking me if that's what I

20   think.                                                    12:37PM

21   BY MR. LOOSE:

22      Q     I'm asking you:  Is that the truth, that they

23   are certified by Rainforest Alliance?

24      A     You will have to ask Nestlé that.  The

25   truth -- they have a rainbow alliance [sic] on their      12:38PM



 1   package.  So if their -- rainbow.  I'm sorry.

 2   Rainforest Alliance.  They say they're certified.

 3   They say they're UTZ-certified.  And that's what I go

 4   by, their trust -- the trust.

 5         But if they're not, and they're not following      12:38PM

 6   the guidelines, that should just be off the packaging,

 7   you know, because you make me buy something because of

 8   what you say, and then I want to go and buy it now.

 9   And if it's not true, it just shouldn't be on the

10   packaging.  And if you're not doing your due diligence   12:38PM

11   to -- to create a better environment, then we have to

12   get on board, and we have to do that.  That's what we

13   need to do.

14      Q   I still don't understand why you think Nestlé

15   hasn't done its due diligence.                           12:39PM

16      A   It's on its own website.  You can't go from

17   14,000 slaves to -- some of them not even documented,

18   and then you have 78,000 now.  And I understand the

19   world is getting bigger, the population is going up,

20   so the demand for chocolate is just going up.            12:39PM

21      Q   Earlier, you were saying there's a difference

22   between my asking you if it is true that Nestlé is

23   certified by Rainforest Alliance and what you think.

24      A   Because you're asking -- oh, sorry.

25         MR. GRANADE:  Let him ask a question.              12:39PM



1    BY MR. LOOSE:

2        Q    Yeah, so my question is:  What did you mean

3    by the response that there is a difference between

4    what you think?

5        A    Because you're asking me what I think, and I          12:39PM

6    just -- what I think has no relevance to what is fact.

7    So that's why I said, that's what you need to do is

8    ask Nestlé, not me.  I go by what you put on the

9    package.  That's what I go by.

10       Do I know the ins and outs of everything that              12:40PM

11   they do?  I don't, and I'm never going to know.  No

12   one is going to know, not even you.  But all I'm

13   saying is do your due diligence and respect the

14   guidelines and take it off the packaging.

15       Q    So if Nestlé were to offer to you to settle           12:40PM

16   the case by taking it off the packaging, would you

17   settle?

18            MR. GRANADE:  Objection.  Vague.

19            THE WITNESS:  What -- what -- can I ask a

20   question?  Just honestly, like, with both of you?            12:40PM

21   When you object and you say, "vague," is he to

22   reword?

23            MR. LOOSE:  No.  He's making his

24   objection --

25            MR. GRANADE:  Right.                                   12:40PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5261   Page 51 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                119

 1            MR. LOOSE:  -- for the judge to rule on
 2    later.  You are then to answer my question.
 3            THE WITNESS:  Okay.  Because I'm not -- I
 4    don't understand what the "vague" means.
 5            MR. LOOSE:  This is just for the judge          12:41PM
 6    later.
 7            THE WITNESS:  Okay.  Okay.  I'm sorry.
 8            MR. LOOSE:  That's okay.
 9            THE WITNESS:  I -- honestly, I didn't
10    know -- it was happening a couple of times, and I      12:41PM
11    was starting to get nervous --
12            MR. LOOSE:  No.  Yeah --
13            THE WITNESS:  -- so I didn't know.
14            MR. LOOSE:  -- you're free to answer.
15    Unless I'm asking what your attorney said, and         12:41PM
16    then he'll instruct you not to answer.
17            MR. GRANADE:  Right.  Otherwise, I
18    instruct you not to answer, which I don't expect
19    to happen today, but I will say I thought the
20    question was vague, and that's why I objected that     12:41PM
21    it was vague.
22            THE WITNESS:  Okay.
23            MR. LOOSE:  And, now, you may answer.
24            THE WITNESS:  Okay.  Can you ask me the
25    question again, please?                                12:41PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5262   Page 52 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                              120

```
 1   BY MR. LOOSE:

 2      Q    So if Nestlé were to offer to you to settle

 3   the case by taking it off the packaging, would you

 4   settle?

 5           MR. GRANADE:  Objection.                         12:41PM

 6           THE WITNESS:  I would settle if they

 7   would take it off the packaging and -- and be more

 8   diligent on their websites about documenting

 9   everything.

10   BY MR. LOOSE:                                            12:42PM

11      Q    If Nestlé were to offer you some money to

12   settle the case, would you be interested in that kind

13   of settlement?

14      A    I --

15           MR. GRANADE:  Objection.                         12:42PM

16           THE WITNESS:  I'm interested that we get

17   what we came here for.

18   BY MR. LOOSE:

19      Q    And what did you come here for?

20      A    I'm not looking for a million dollars.  I'm     12:42PM

21   not looking for money so that we have that straight.

22   I'm just looking for due diligence and correct

23   advertising.  Because I love Nestlé, and I told you

24   that, from when I was a child.  But as an adult, I see

25   things differently.  So when I -- when I have so much    12:42PM
```



Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5263  Page 53 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                    121

 1  trust in a company, it's really hard to untrust

 2  because they've been part of my life.  So when you

 3  find out things, then it just changes everything.

 4          And what I would really like is that the

 5  guidelines are followed by -- that the -- that all the    12:42PM

 6  information is updated and the truth.  Just put the

 7  truth out there all the time.  You know, because we're

 8  still going to buy.  We have to buy, you know.  I want

 9  to buy Nestlé.  I love Nestlé.  And I just want the

10  truth out there, the website updated, accountability      12:43PM

11  for -- for the children, everything, and just take it

12  off the packaging.

13      Q    So if Nestlé were to keep the statements on

14  the packaging but follow the guidelines and update the

15  website, would it be okay for them to keep the            12:43PM

16  statements on the packaging if they did that?

17          MR. GRANADE:  Objection.

18          THE WITNESS:  If they honestly were

19  keeping the guidelines.

20  BY MR. LOOSE:                                             12:43PM

21      Q    And the guidelines that you would want them

22  to keep are the Rainforest Alliance?

23      A    Absolutely.

24      Q    Or the UTZ?

25      A    Or the UTZ.                                       12:43PM



```
 1        Now, the Rainforest Alliance has a lot more
 2   guidelines than UTZ, so -- you know, and I would like
 3   to see that no child under 15 is in those fields.
 4   That's according to the Rainforest.  And they're all
 5   supposed to have a high school diploma -- or whatever    12:44PM
 6   they call it there -- before they start working in the
 7   fields.
 8      Q    So I know in this case, your lawyers are
 9   going to take the deposition of Rainforest Alliance.
10        If the Rainforest Alliance person testifies        12:44PM
11   under oath that Nestlé is keeping to our guidelines,
12   would that satisfy you?
13            MR. GRANADE:  Objection.
14            THE WITNESS:  That would satisfy me.
15            MR. LOOSE:  Okay.  Why don't we go off         12:44PM
16   the record.
17            THE VIDEOGRAPHER:  Okay.  And we're off
18   the record at 12:45.
19            (Whereupon, at the hour of 12:45 p.m., a
20            luncheon recess was taken.)
21                        * * *
22   ///
23   ///
24   ///
25   ///
```



```
 1              (Exhibit 2 was marked for
 2              identification.)
 3   BY MR. LOOSE:
 4       Q    Ms. Falcone, do you recognize Exhibit 2?
 5       A    Yes.                                          01:45PM
 6       Q    Is this a collection of receipts and images
 7   of products that you provided in connection with this
 8   lawsuit?
 9       A    Yes.
10       Q    If you could look at the first page of the   01:45PM
11   Exhibit Falcone 00001.  It says a receipt from Food 4
12   Less.
13              Is this a screenshot from your phone?
14       A    Yes.
15       Q    Do you have your -- all of your Food 4 Less  01:45PM
16   receipts on your phone?
17       A    Oh, I don't have the receipts.  You -- you --
18   this app, you take a picture of your receipt, and then
19   it goes into the app.
20       Q    Does that app have receipts from grocery     01:46PM
21   stores other than Food 4 Less?
22       A    Yes.
23       Q    Did you buy Nestlé cocoa products from stores
24   other than Food 4 Less?
25       A    Yes.                                          01:46PM
```



1    Q    What other stores did you buy Nestlé cocoa

2  products?

3    A    Any of the grocery stores that I go to.

4    Q    Which are?

5    A    Ralphs, Albertsons, Smart & Final.                01:46PM

6    Q    Any others?

7    A    I don't recall.

8    Q    I will represent to you that in your

9  production, the only receipts that I saw were from

10  Food 4 Less.                                             01:46PM

11        Do you have any receipts from Ralphs for

12  Nestlé cocoa purchases?

13    A    These receipts are put into an app, and

14  you're only allowed to upload so many receipts per

15  week.  So I could have Ralphs.  I could have          01:47PM

16  Albertsons.  I could have Smart & Final.  I could have

17  the gas station on the corner or 7-Eleven, but this

18  app only lets me do so many per week.  So I just do

19  what I can and then the rest of them usually just go

20  in the garbage.                                          01:47PM

21    Q    If you look at the first four items on

22  Falcone 1, it says "N-n-s-t-l, hot, c-c-o-a."  Do you

23  see that?

24    A    Uh-huh.

25    Q    What are those products?                          01:47PM



MARIE FALCONE Vol. I Conf.                           October 04, 2023
FALCONE V. NESTLE USA, INC.                                      126

1      A     Nestlé hot cocoa.

2      Q     And was that bought in a box?

3            Was that an individual packet that you

4   purchased?

5      A     They were bought in a box.  They were only,      01:47PM

6   like, $0.99.  You get a couple of them.

7      Q     What did the label of that hot cocoa look

8   like?

9      A     I don't recall.

10     Q     Do you recall if that label had any            01:48PM

11  Rainforest Alliance stickers on --

12     A     I don't recall.

13     Q     Do you recall if the label had UTZ stamps on

14  it?

15     A     I don't recall.                                 01:48PM

16     Q     Why did you buy those boxes of Nestlé --

17  Nestlé hot cocoa?

18     A     Because I love Nestlé hot cocoa.

19     Q     Why do you love Nestlé hot cocoa?

20     A     It's so good.                                   01:48PM

21     Q     I know you've bought other kinds of hot cocoa

22  before.  Right?

23     A     Yeah, that's why I don't buy them.

24     Q     Because you prefer Nestlé?

25     A     Yes.  I've been on a budget before.  I've      01:48PM



Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5268  Page 58 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      127

 1  bought the -- I've bought the off-brands.  But if I'm

 2  not on a budget, I'm buying Nestlé.

 3      Q    And $0.99 for a box of hot cocoa also is a

 4  good value.  Right?

 5      A    Oh, absolutely.                              01:48PM

 6      Q    Do you feel that Nestlé has a nice

 7  intersection of quality and value for you?

 8      A    Absolutely.

 9      Q    Have you ever found a chocolate product that

10  you like better than Nestlé's hot cocoa?             01:49PM

11      A    No, no.  I just learned how to put more

12  marshmallows in it than what they give you.

13      Q    Oh, I see.  When you --

14      A    But if you have one with no marshmallows,

15  I'll just put a ton of them on there.  Yeah.         01:49PM

16      Q    I noticed that the first of these was $0.90

17  and then the next three are $0.99.  Do you see that?

18      A    Yeah, I don't know why.

19      Q    Do you know if that's because they're

20  different products?                                  01:49PM

21      A    No.  I think they were all the same product.

22  Like, sometimes I'll buy the -- the chocolate milk,

23  but this was always the hot cocoa.

24      Q    Powdered mix?

25      A    Yes.                                         01:49PM



```
 1    like, 14 receipts.  And then I think it will go up to

 2    30 receipts a month or something like that.  I'm not

 3    for sure.

 4        Q    I see that this receipt was dated

 5    January 31st, 2020, at the top.  Do you see that?        01:51PM

 6        A    Yes.

 7        Q    Is that the date that you made this purchase

 8    or the date that you uploaded it to Fetch rewards?

 9        A    No.  It's the date of the purchase.  Because

10    in the app, you have -- to purchase something, you      01:51PM

11    have 14 days to upload -- like, take a picture of it

12    and upload it.  And after that, then they don't give

13    you any points.

14        Q    When did you become a member of Fetch

15    rewards?                                                01:51PM

16        A    I saw an advertisement on TV.  I think it was

17    on TV and -- in 2019.  It was towards the end of the

18    year.  And I thought, well, that would be kind of

19    nice.  You know, just free money, a little gas money.

20    What the heck, you know, and so I started doing it.     01:51PM

21        Q    Did you ever get to the level that you could

22    upload 30 receipts in a month?

23        A    Yes.

24        Q    When did you achieve that status?

25        A    Maybe after a year now.                        01:52PM
```



1      A    No.  Vanilla.

2      Q    Did you ever buy chocolate-flavored Snack

3    Pack pudding?

4      A    No.

5      Q    Why not?                                    01:54PM

6      A    I like chocolate in a -- like, the bars or

7    the cookies.  Like, there's just certain things, Like,

8    textures, I can't -- like, pudding has that texture.

9    It will -- I don't know.  It just doesn't taste good

10   in chocolate.  I'm sorry.  I'm sorry.  I'm not         01:54PM

11   answering your question the way you want, but it has

12   the terrible like -- no.

13     Q    You're answering my question --

14     A    Okay.

15     Q    -- sincerely --                              01:54PM

16     A    Yes.

17     Q    -- from your experience, and that's --

18     A    Yeah.

19     Q    -- all I want.

20          If you could turn to Page Falcone 00007.      01:55PM

21          Do you see in the middle of the page, it

22   says, "Nesquik choc mix" for 4.89?

23          What is that?

24     A    That was the container of chocolate mix.

25     Q    Powdered Nesquik?                            01:55PM



 1      A    Yes.

 2      Q    Do you remember what the label for that

 3   purchase looked like?

 4      A    No.

 5      Q    Do you remember --                                01:55PM

 6      A    Not offhand.

 7      Q    Do you remember if the label had a Rainforest

 8   Alliance stamp on it?

 9      A    I'm sure it did.

10      Q    But if you don't remember the label, how can    01:55PM

11   you be sure that it had a Rainforest Alliance stamp on

12   it?

13      A    Because it's Nestlé, and it always does.

14      Q    And what makes you say that a Nestlé label

15   always has a Rainforest Alliance stamp on it?           01:55PM

16      A    Because it's what -- one thing that made me

17   proud, like -- you see the difference between this?

18   They put it on so small that you don't even look.

19   Look where the fold is.  You have to lift this to read

20   it.                                                      01:56PM

21      Q    Uh-huh.

22      A    You know?

23           So other -- things are very -- Nestlé is

24   right there.  It's on it, and it's right there, you

25   know.  That makes you feel good.                        01:56PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5272   Page 62 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                    136

1    see that?

2        A    Yes.

3        Q    Were those the chocolate-dipped variety?

4        A    No.  Those are Spanish ice cream.

5        Q    Were any of the favors chocolate?          01:58PM

6        A    No.  Coconut.

7        Q    If you look a couple of lines down, there are

8    two purchases of Nestlé Morsels of 250 each.

9            Do you see that?

10       A    Uh-huh, yes, I do.                          01:58PM

11       Q    What were those products?

12       A    The Nestlé Morsels.

13       Q    Do you remember if they were semi-sweet?

14   Allergen-free?  Dark?  Minis?

15       A    Let me see what month it was.  I can tell you  01:59PM

16   by birthdays.

17       Q    If you look back to Page 2, that may have --

18   does that refresh your recollection?

19       A    Okay.  So this -- okay.  That would've been

20   the semi-sweets.                                     01:59PM

21       Q    And how do you know that from looking at the

22   date?

23       A    Oh, because my daughter, she doesn't like --

24   she doesn't like anything too sweet.  She likes

25   that -- bitter, and it's coming up on her birthday.  01:59PM



MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                     138

1      Q    Because it hasn't --

2      A    I won't be -- yeah, I won't be doing it.  I

3   usually start, but I won't be doing it.

4      Q    I know.  We're just at the beginning of

5   October, so it seems like it's soon.                02:01PM

6      A    I know.

7      Q    If you could turn over to Falcone 00008.

8   There's a Philadelphia receipt scan bonus 50 at the

9   top.

10         Are you on that page?                        02:01PM

11         My question is not about that, though.  I see

12   Nestlé morsels of $2.50.  Which specific morsels would

13   those have been?

14     A    Those would have been the semi-sweets.

15     Q    And do you recall anything about the         02:01PM

16   packaging associated with this receipt?

17     A    I know what the packaging looks like in my

18   head.  But that specific one, no.  And I'm only

19   telling you the truth.  This happened a long time ago,

20   but I remember UTZ.  I remember Rainforest.           02:02PM

21     Q    And when you say you remember the packaging

22   in your head, tell me what you see.

23     A    It's -- in my head, I see a yellow package.

24   And I see UTZ and a Rainforest Alliance circle.  But

25   that's just from memory, and memories who knows, so...  02:02PM



MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                              140

1    Q    Do they have any chocolate in them?

2    A    No.  They're horrible.  They're absolutely

3  horrible.

4    Q    Then why did you buy them?

5    A    My daughter wanted them.                          02:03PM

6    Q    Did your daughter ever ask you to buy Nestlé

7  products?

8    A    Oh, yeah.  She knows we're a Nestlé home.

9    Q    The last entry on that page says, "Nestlé

10  Rich Milk Chocolate powder hot cocoa mix envelope."      02:04PM

11  It's cut off, but I see it as saying, "In Box, 6

12  servings, 427 ounces."  Do you see that?

13    A    Yes.

14    Q    What is that?

15    A    That was hot cocoa.                               02:04PM

16    Q    And do you remember what that box looked like

17  that's associated with this receipt?

18    A    If I'm not mistaken, to the best of my

19  ability, I think the box was red.

20    Q    Do you remember --                                02:04PM

21    A    But I'm not for sure, a hundred percent.

22  It's 2021.

23    Q    Do you remember anything else about the box?

24    A    No.

25    Q    Do you remember if the box had UTZ statements     02:04PM



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                           141

```
 1    on it?
 2         A    I don't remember, but I know it did.  I have
 3    one.  I kept one.
 4         Q    Box?
 5         A    No, one of the --                              02:05PM
 6         Q    The packets.  We'll get --
 7         A    I gave it up for you.
 8         Q    We'll get to that.
 9              If you could turn to the next page.
10         A    There it is.                                  02:05PM
11         Q    So did you take this photo on Falcone 00010?
12         A    Yes.
13         Q    And where did you find this packet?
14         A    It was still in my -- it was still in my box,
15    and it had my hot chocolate, but before -- see, when I  02:05PM
16    get my chocolate in the house, I take everything out
17    of the box, and I thrown the box out, because it saves
18    room.  And I didn't have the box to this and the --
19    but the other ones -- I saved this one, but the other
20    ones had worms in them, so I threw those out.           02:05PM
21         Q    Okay.
22         A    But I did save one.
23         Q    When did you buy the item that's photographed
24    on Falcone 10?
25         A    For an accurate time frame, they can do it by 02:06PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5276   Page 66 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      142

 1  the letter, by the number, the batch number.

 2      Q    Gotcha.

 3      A    And that will give you the exact time that I

 4  bought it.  And -- and that would be better than me

 5  telling you anything that might not -- might not          02:06PM

 6  coincide.

 7      Q    Do you remember what the box looked like that

 8  this envelope came in?

 9      A    I think it was red, and I -- I don't like to

10  answer your questions with "I think," so I'm very          02:06PM

11  sorry about that.  I think it was read, but I'm not a

12  hundred percent sure.

13      Q    Do you recall if the box that the item

14  photographed in Falcone 10 came in had any statements

15  about UTZ?                                                 02:07PM

16      A    I remember -- I had a blue box once, and it

17  had that, but I'm not for sure which -- which ones.

18  But they all have the UTZ on them.

19      Q    And do you recall if the box that the item

20  photographed in Falcone 10 came in had any Rainforest     02:07PM

21  Alliance statements on it?

22      A    I do not remember the Rainforest Alliance.

23      Q    Do you recall if the box that this came in

24  had any statements about the Nestlé Cocoa Plan?

25      A    Yes.                                              02:07PM



1     Q    What do you remember about that?

2     A    I remember the logo.

3     Q    And where was it on the box?

4     A    Let me think.  I think it was right on the

5   front, the Cocoa Plan.  I think the UTZ was down on      02:08PM

6   the lower right-hand side.

7     Q    When you saw Nestlé Cocoa Plan on the labels,

8   what did that mean to you?

9     A    It meant sustainably sourced.  And I'm not

10  taking that from my counsel.  It meant sustainably        02:08PM

11  sourced, and I didn't have to worry about it because

12  it was Nestlé's Cocoa Plan.

13    Q    When you say you're not taking that from your

14  counsel, what do you mean by that?

15    A    I don't want you to think that I've been           02:08PM

16  prepped to say "sustainably sourced" or anything like

17  that.  I want you to know that that came from me.

18    Q    Have you been giving me anything during this

19  deposition that hasn't come from you?

20    A    No.                                                02:08PM

21    Q    Why do you think that I would think that

22  things are not coming from you?

23    A    I just want you to know that, and that's why

24  I said that.  It didn't go any farther than that.  I

25  didn't overthink it or anything.  I just want you know    02:09PM



 1  that these answers are coming from me.

 2       When I look at the Cocoa Plan and the Nestlé

 3  when I buy the product, I'm already like -- because I

 4  have such a history with Nestlé that when I see this,

 5  I'm like, we're good.                              02:09PM

 6       Q    So when you said, "See this," were you

 7  pointing to Falcone 00011?

 8       A    Yeah.

 9       Q    And were you --

10       A    Yes.                                     02:09PM

11       Q    -- pointing to the --

12       A    Cocoa Plan.

13       Q    -- brown square --

14       A    Uh-huh.

15       Q    -- in the middle of the package that says, 02:09PM

16  "Nestlé Cocoa Plan"?

17       A    Yes.  And when I see that, it's -- it's all

18  good.  You know, because it's Nestlé and -- and that's

19  how I always thought of it.

20       Q    Did you have any understanding of what the  02:09PM

21  Nestlé Cocoa Plan meant when you saw this?

22       A    Yes, I knew it was -- it was environmental.

23  I -- I know a lot of the mannerism that they have to

24  get their products just like everyone else.  I mean,

25  if everyone was paid $20 an hour, chocolate would be   02:10PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5279   Page 69 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                145

 1   worth more than gold.  So I know that those things
 2   come with that, but I know that it's Nestlé, and
 3   they're doing the right thing.  So I don't have to
 4   worry about that because it's okay if I pay the extra
 5   price or it's okay because it's Nestlé, and I just        02:10PM
 6   always trusted in that.
 7        Q    Do you feel that you paid an extra price for
 8   Nestlé?
 9        A    Yes.  Oh, yes.
10        Q    And why do you feel that?                       02:10PM
11        A    Because they are a lot more -- they're more
12   expensive than other companies.
13        Q    What other companies are they more expensive
14   than?
15        A    Oh, any generic brand, some of the Hershey's,   02:10PM
16   you know, Swiss Miss.  I don't know.  Maybe -- maybe
17   Nestlé owns Swiss Miss too.  They own everything.
18   But, you know, a lot of the other companies are a lot
19   more -- a lot less expensive than Nestlé.  But it's
20   okay, you know, because it's Nestlé, and that's my        02:11PM
21   favorite, my personal favorite, so...
22        Q    You said that when you saw the Nestlé Cocoa
23   Plan label, you thought this means sustainably
24   sourced.
25             Why did you think that?                         02:11PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5280   Page 70 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                     146

```
 1          When -- if you look at what's pictured in
 2   Falcone 00011, the words "sustainably sourced" don't
 3   appear anywhere.
 4      A    Well, it appears on the outside packaging.
 5      Q    The outside packaging that --              02:11PM
 6      A    The boxes.
 7      Q    -- that this specific product came in?
 8      A    Yes.  To the best of my recollection, yep.
 9      Q    And I'm sorry, Ms. Falcone, but I'm just
10   getting a little confused because I thought, to the   02:11PM
11   best of your recollection, you don't remember what the
12   box looked like that those came in.
13      A    I just told you that's -- all I could do was
14   give you the best of my ability.  I -- you asked me
15   what color.  I think the color was red.  I don't like  02:12PM
16   to answer your questions with "I think."
17      Q    So --
18      A    I like to be 100 percent correct, but I
19   haven't boughten [sic] chocolate now for a while, and
20   this is the last product I had.  But I know when I      02:12PM
21   would have bought this product, I know what I would
22   have looked for, so I have to trust in myself.  I
23   don't remember what happened in 2020, but I have to
24   know and trust myself that these -- this is one of the
25   reasons why.                                            02:12PM
```



1    Q    When you say you know what you would have

2   looked for, what would you have been looking for?

3    A    They always put it on their product.  They

4   always put the Cocoa Plan and the UTZ and now the

5   Rainforest Alliance.  I -- they always put that there.      02:13PM

6   They always have it listed.  And so it's -- it's just

7   a given.  It's, like, just a given.

8    Q    Have you --

9    A    It's just a given that it's gonna be on

10  there.                                                       02:13PM

11   Q    Have you ever bought a Nestlé product that

12  didn't have any of those statements printed on it?

13   A    I'm not sure.  So I don't want to answer that

14  question because I have bought, like, Reese's Peanut

15  Butter -- not Reese's Peanut Butter -- the                   02:13PM

16  Butterfingers and the -- but I can't even read the

17  package long enough before I'm tearing it open to eat

18  it.

19   Q    You're not buying Butterfinger because of

20  what's written on the label, other than the name             02:13PM

21  "Butterfinger," because --

22   A    It's Nestlé.  So it's okay.  It's Nestlé.

23  And I -- I know what Nestlé does, so it's okay.  You

24  know, I don't know what they do.  But I know what

25  Nestlé does --                                               02:13PM



1    Q    How do --

2    A    -- and it's okay.

3    Q    How do you know what Nestlé does?

4    A    Because they've labeled it.  They've

5    labeled -- they've created -- it's the Nestlé Cocoa          02:14PM

6    Plan.  It's not the Marie Cocoa Plan, it's Nestlé's

7    Cocoa Plan, and they've labeled the criteria for

8    themselves to better everyone's life.  Not only ours,

9    the consumers, but everyone's life, you know.  So I

10   just trust in that.  So when I buy a Nestlé candy bar,       02:14PM

11   I know what they're doing, and it's okay, so they

12   don't have to shove it in my face every time but --

13   but they do.

14   Q    So are you saying, then, that Nestlé was

15   lying on its labels?                                         02:14PM

16   A    I wouldn't necessarily say "lying."  I --

17   just not doing their due diligence.

18   Q    And what should Nestlé be doing to do its due

19   diligence?

20   A    Better records, better records, better                  02:15PM

21   records, you know, and the promise that they made for

22   lowering the slave trade or the slave workers, I know

23   maybe they can't meet it because populations are

24   expanding and everything is expanding.  But, you know,

25   be held accountable, show everyone -- show them what         02:15PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5283   Page 73 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      149

 1   you've done.  Not only just charts because it's --
 2   just charts is talking about 14,000 here.  70,000
 3   here.  Not a record of this one.  Not a record of this
 4   one.  But show them what you're really doing.  Show
 5   the people what you're really doing, you know.  That's          02:15PM
 6   all.
 7        Q    Has anyone ever shown you an annual report
 8   for the Cocoa Plan?
 9        A    No.
10        Q    Has anyone ever shown you the full website         02:15PM
11   for the Cocoa Plan?
12        A    No.
13        Q    Have you ever looked for it?
14        A    Yes, I looked on it and got their statistics
15   and read a little bit about the Cocoa Plan.                   02:16PM
16        Q    Would you be surprised to learn that there
17   was a 30-page report prepared on the Cocoa Plan in
18   2019?
19        A    I wouldn't be surprised.  But where's '20?
20   Where's '21?                                                  02:16PM
21        Q    Would you be --
22        A    Where's '22?
23        Q    Would you be surprised to learn that there
24   was an update that was published on the website for
25   2021?                                                         02:16PM



```
 1      Q     -- for 3.99.
 2            What product was that?
 3      A     The chocolate chip cookies.
 4      Q     They're already baked cookies?
 5      A     Yeah.                                     02:24PM
 6      Q     What do the labels for those look like?
 7      A     I don't recall.
 8      Q     Did the label for those mention anything
 9   about the Cocoa Plan?
10      A     I don't know.                             02:24PM
11      Q     Do you remember if they mentioned anything
12   about UTZ?
13      A     I don't recall.
14      Q     Do you remember if they mentioned anything
15   about Rainforest Alliance?                         02:24PM
16      A     I don't recall.  I just know that if it's a
17   Nestlé product, it's going to be labeled, because
18   that's one of my decisions to buy, besides that I love
19   it.
20            THE COURT REPORTER:  And I'm sorry, will   02:24PM
21   you keep your voice up a little more?
22            THE WITNESS:  Oh, I'm sorry.
23   BY MR. LOOSE:
24      Q     So when we talk about your decision to buy,
25   you said the label and that you love it.            02:24PM
```



1     A     Uh-huh.

2     Q     What other reasons do you choose Nestlé

3  products?

4     A     You know, one thing that really struck me was

5  the Nestlé Cocoa Plan.  And I hadn't researched it          02:25PM

6  and, you know, gone crazy over it or anything like

7  that.  But when I saw the -- Nestlé's Cocoa Plan,

8  like, they made the decision to -- to do that

9  themselves.  You know, they made the decision to, you

10 know, incorporate that in everything that they do.           02:25PM

11 And that made me, like, really feel good about buying

12 the product.

13         And I don't know how to explain that.  But

14 when I -- it's just so -- it's right there, it's right

15 in your face, and it's -- and it's what they did.            02:25PM

16 And -- so I trusted -- I trust, and I buy that so

17 much -- and I can't even explain to you what a good

18 feeling it is when you see that on the packages

19 because, you know, there's so much horrendous things

20 that are going on in this world.  It's sickening.  And       02:26PM

21 when you go in there and you see something like that,

22 it makes you proud to buy.

23     Q     So are you saying that Nestlé lied about the

24 Cocoa Plan existing?

25     A     No, no.  I'm sure they are trying their best        02:26PM



MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                   158

```
 1   to do what they can do, but they can do a little more.

 2        Q    And what little more can they do?

 3             Is that the due diligence that you're talking

 4   about?

 5        A    That's the due -- yes, absolutely.          02:26PM

 6        Q    Is there anything more that you expect Nestlé

 7   to do that we haven't discussed already?

 8        A    No.  That's what I want to see done.  That's

 9   all.

10        Q    And so I just -- I want to make sure I'm on    02:26PM

11   the same page as you.

12        A    Okay.

13        Q    So you believe that the Nestlé Cocoa Plan

14   exists?

15        A    Yes.                                          02:26PM

16        Q    You believe that Nestlé is doing everything

17   that they can?

18        A    I wouldn't say everything that they can.  But

19   I know that they're -- I am at a loss for a word of

20   that.  I know that they can do better.                 02:27PM

21        Q    By doing more due diligence.

22        A    Absolutely.

23        Q    Okay.  Is there --

24        A    And I know that they can.  I know that they

25   can.  And I know that they can, and I wish that they    02:27PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5287   Page 77 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                159

 1    would.  And that's all I'm looking for.

 2        Q    What -- what does Nestlé need to do to make

 3    you happy and to earn your business again?

 4        A    Just correct the labeling.  Really, correct

 5    the label, and do -- if it's -- if it's all honesty,          02:27PM

 6    what you're taking care of 100 percent, that's a

 7    different story.  But if you're not doing your

 8    promises, those things need to be off those products,

 9    you know, because a lot of it is the loyalty from the

10    customer.  Because Nestlé has a lot of loyal customers       02:27PM

11    out there.  And so you just got to keep good with your

12    base.

13        Q    When you said that if "what you're taking

14    care is being done a hundred percent, then that's a

15    different story," what did you mean by that?                 02:28PM

16        A    I don't -- I would like to see them do

17    100 percent of what they promise on their cocoa plans,

18    what the guidelines are for the UTZ, what the

19    guidelines are for the Rainforest Alliance.  Is it

20    going to be a hundred percent?  Only they know.  Is it       02:28PM

21    a hundred percent?  It isn't.

22        Q    If it were progress that's less than a

23    hundred percent, would you be satisfied with that?

24        A    Absolutely.  Absolutely.

25        Q    What percentage do they need to reach to            02:28PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5288   Page 78 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                     160

 1  satisfy you?

 2      A    I think they know the boundaries, that they

 3  can go a little bit farther.  I know that they can sit

 4  there and say, "Hey, you know what?  We can do this,

 5  and we can make this better.  We can do this, and we          02:29PM

 6  can make this happen."  I mean, it's a big

 7  corporation.  I know that they can do better.  And

 8  they don't have to do a hundred percent because who

 9  can do a hundred percent?  I mean, we're talking about

10  in reality, but...                                            02:29PM

11      Q    If they make 10 percent improvement, would

12  that --

13      A    That's an improvement.  Absolutely.

14      Q    Would that earn your business back?

15      A    Yes, yes.                                            02:29PM

16      Q    If they made five percent improvement, would

17  they earn your business?

18      A    I would want them to try a little harder than

19  five percent.

20      Q    Seven percent?                                       02:29PM

21      A    Oh, come on.  Let's get 10, a little bit

22  above.

23      Q    So 10 percent would earn your business?

24      A    Yeah, absolutely.  I love them, and I just

25  want to see it just a little better.                          02:29PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5289   Page 79 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      164

1    because you're asking me to go back so many years.

2    But I'm sure the UTZ label only started in the early

3    2000s, so I'm sure that many people purchased it

4    before.  But for me, I can't answer that, because I

5    want to be 100 percent completely true and know my          02:34PM

6    facts to answer your question.

7         Q    Before you spoke to Ms. Zeldes in 2022, did

8    you always buy a bag of semi-sweet morsels for your

9    daughter's birthday each year?

10        A    Oh, yeah.  Yeah, it could be semi-sweet, or       02:34PM

11   it could be allergen.  You know, it depends on what

12   kick she's on that year, you know, and -- and because

13   those -- there's only certain times of the year that

14   I'll bake and cook, because it's not my favorite thing

15   to do, so I can tell you, like, timelines.                  02:34PM

16        Q    So when did you first start baking for your

17   daughter's birthday using Nestlé morsels?

18        A    Probably the early 2000s.

19        Q    2001?

20        A    No.  Probably, a little later.  Maybe 2001.       02:34PM

21   I'm not for sure.

22        Q    Sometime between 2001 and 2004?

23        A    Well, after 2004, definitely.

24        Q    Okay.

25        A    I'm not for sure prior because they were          02:35PM



1  pretty little.

2       Q    So for sure, from 2004 onward, every year,

3  you would buy a bag of Nestlé morsels for your

4  daughter's birthday.  Right?

5       A    Yes, yes.  And the holidays and birthdays,        02:35PM

6  other people's birthdays and just a whole mess of

7  stuff.

8       Q    So in 2004, when you bought a bag of morsels,

9  did that bag of morsels have UTZ labeling on it?

10      A    I'm pretty sure it did.                          02:35PM

11      Q    Do you recall for certain one way or another?

12      A    No, that's why I can't give you a for

13  certain.

14      Q    Okay.

15      A    I know that they do now, and I go to the        02:35PM

16  store now.  And something that's more recent, I can

17  tell you, probably, a little bit better.  But

18  something that's that long ago, I want to tell you

19  honestly.

20      Q    Let's talk about what's fresher in your mind.   02:36PM

21           If you go to the store today, what does the

22  morsels package look like?

23      A    I haven't bought one, so I can't tell you.  I

24  haven't bought one for over a year.

25      Q    Well, what's the last version of the morsels    02:36PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5291   Page 81 of 138

MARIE FALCONE Vol. I Conf.                                      October 04, 2023
FALCONE V. NESTLE USA, INC.                                                  175

1      A    No.

2      Q    On the first occasion, when you were looking

3  at it with your counsel, did you read every single

4  page of this document?

5      A    We went through it.                              02:46PM

6      Q    And I appreciate that.

7           But my question is:  Did you read every

8  single page of this document?

9      A    I read the pages.  I would go through them

10 and read them, but I didn't sit there and go through     02:46PM

11 every sentence.

12     Q    Okay.

13     A    But I went through them and read what's

14 important to me.  There's a lot of information here,

15 and I looked through what was important for me.          02:47PM

16     Q    What was important for you?

17     A    Having everything reprogrammed on -- all I

18 want is that taken off, and I just want it corrected,

19 what I went through, what was relevant for me because

20 I -- you know, it's hard for me because I really like    02:47PM

21 Nestlé, and I really love Nestlé.  And it's hard for

22 me to even be here today because the only thing that I

23 want to get accomplished here is that the packages be

24 changed so that it doesn't -- because -- because of my

25 loyalty to the company, I'm going to go and buy them     02:47PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5292   Page 82 of 138

MARIE FALCONE Vol. I Conf.                        October 04, 2023
FALCONE V. NESTLE USA, INC.                                    176

```
 1   first.  And then when I go to a -- a shelf and I see
 2   all the information that's on there, I'm going to buy
 3   it triple just because of that.
 4         Do you understand?
 5         It's going to make me feel good when I leave     02:48PM
 6   the store, and I just want things taken care of that I
 7   came here for.  So, you know, if -- if there's other
 8   things -- it's a little upsetting for me when I read
 9   some of it, so I read through it and -- and I took
10   what was important to me.                              02:48PM
11     Q    I appreciate that, Ms. Falcone, and I know
12   that you're not looking for any money in this lawsuit.
13         Would it surprise you if you were to learn
14   that your lawyers are looking for money through this
15   lawsuit?                                               02:48PM
16     A    Well, everyone has to get paid.
17         MR. GRANADE:  Objection.
18         THE WITNESS:  Sorry.
19   BY MR. LOOSE:
20     Q    So is that a "yes" or a no?                     02:48PM
21     A    Well, everyone has to get paid.  I know what
22   I'm looking for.
23     Q    So it wouldn't surprise you if your lawyers
24   are trying to get money from this case?
25     A    But they have to make -- they have to make a    02:49PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5293   Page 83 of 138

MARIE FALCONE Vol. I Conf.                           October 04, 2023
FALCONE V. NESTLE USA, INC.                                        179

```
 1      A    That would be pretty scary if that's the
 2   honest-to-God truth.  I would hate to think that.
 3      Q    So you disagree with the statement?
 4      A    I do disagree with that.
 5      Q    You think it's possible for a company to be    02:51PM
 6   able to say that it has sustainably sourced cocoa?
 7      A    Absolutely.
 8      Q    And what does a company need to do in order
 9   to make that statement truthful?
10           Is that the due diligence that you're talking   02:51PM
11   about?
12      A    Absolutely.
13      Q    Is there anything else that a company needs
14   to do, in addition to that due diligence, to
15   truthfully claim that they have sustainably cocoa?     02:51PM
16      A    To follow the guidelines.
17      Q    Of Rainforest Alliance?
18      A    Absolutely.
19      Q    Anything else?
20      A    You know, it pretty much lists everything      02:51PM
21   there.
22      Q    A lot of guidelines.
23      A    Absolutely.
24      Q    Gotcha.
25           Have you ever read the "Nestlé Supplier Code"   02:52PM
```



1      A    I'm sorry.

2      Q    If you turn to the next page, in Paragraph

3   80, where it says:

4            "Plaintiff read this website page and

5            the affirmative statements that appear in        02:54PM

6            both Nestlé's corporate business

7            principles, as well as in its supplier

8            code of conduct, that contain affirmative

9            misrepresentations about the" -- said

10           incorrectly -- "Nestlé's efforts to           02:55PM

11           eradicate slavery and human trafficking

12           from its cocoa supply chain."

13           That's not true.  Right?  You haven't

14   read those?

15     A    There is -- there is a day that I spent a      02:55PM

16   long time talking with my counsel, so I can't go into

17   too much detail.  This may have been part of it.  I'm

18   not for sure.  We did talk for a long time.  So I

19   can't -- so I'm not -- you know, I don't want to give

20   you an answer because I would like to talk with my    02:55PM

21   counsel and -- because I don't know.  That might have

22   been one of the things we discussed.

23     Q    Well, and, again, I'm not interested in

24   knowing what you discussed because that's privileged.

25   I'm interested in what you've read.                   02:55PM



 1      A    If I -- I didn't specifically myself go to

 2   these websites.

 3      Q    Okay.  And you don't recall reading those

 4   websites.

 5      A    No, I don't recall reading, unless it was          02:55PM

 6   with counsel.

 7      Q    Okay.  Now that you've seen these websites,

 8   does it refresh your recollection, one way or another,

 9   if you read them?

10      A    Not at this point.                                 02:56PM

11      Q    Okay.

12      A    The wording would have to click something

13   with me, because it was a while ago.

14           MR. LOOSE:  Okay.  Oh, maybe, but let's

15   talk later.                                                02:56PM

16           Can you please --

17           MR. KELLY:  Sure.

18           MR. LOOSE:  Yeah.  Is 5 next?

19           THE COURT REPORTER:  Yes.

20           MR. LOOSE:  We'll mark Exhibit 5.                  02:56PM

21           (Exhibit 5 was marked for

22           identification.)

23           THE WITNESS:  Thank you.

24   BY MR. LOOSE:

25      Q    Ms. Falcone, you have before you Exhibit 5.       02:57PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5296   Page 86 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                    184

 1          Have you ever purchased Nestlé mini morsels

 2   before?

 3       A   Yes.

 4       Q   And is that the kind of thing that you would

 5   purchase each year, since about 2005, in connection          02:57PM

 6   with baking for your daughter's birthday?

 7       A   Can you rephrase that question?

 8       Q   Would you purchase a bag of mini morsels each

 9   year, since 2005, in connection with baking for your

10   daughter's birthday?                                          02:57PM

11       A   Yes.

12       Q   Did you ever purchase the label that's

13   depicted in Exhibit 5?

14       A   I don't recall.

15       Q   And when you look at Exhibit 5, you don't see        02:57PM

16   any Cocoa Plan statements, do you?

17       A   No.

18       Q   You don't see any UTZ statements, do you?

19       A   No, I don't.

20       Q   And you don't see any Rainforest Alliance            02:58PM

21   statements, do you?

22       A   No, I don't.

23       Q   Is there anything misleading to you about

24   Exhibit 5?

25       A   Misleading?                                          02:58PM



MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                    189

```
 1      Q     Do you recognize the product?

 2      A     Mini marshmallows?

 3      Q     Yes.

 4      A     Yes.

 5      Q     This is a product you've purchased?        03:16PM

 6      A     Yes.

 7      Q     And this was a staple in your household?

 8      A     Any of the hot chocolate products.

 9      Q     How often would you buy Nestlé hot chocolate?

10      A     A lot, especially in the winter.          03:16PM

11      Q     And was that a thing --

12      A     Yeah.

13      Q     -- that you did since 2000?

14      A     Oh, way before that.

15      Q     When did you first start buying a lot of hot   03:16PM

16    cocoa during the winter?

17      A     Oh, probably, I was 17.  Many moons ago.

18      Q     And that continued all the way up until --

19      A     Recently.

20      Q     And when you talked to Ms. Helen Zeldes?     03:17PM

21      A     Yes.

22      Q     Okay.  Have you purchased the -- the package

23    that's in Exhibit 7?

24      A     I don't recall this package.

25      Q     If you look at Exhibit 7, do you see anything   03:17PM
```



1    in here that is misleading?

2        A    Anything that I can read on here legibly, I

3    see no problem.

4        Q    Okay.  When you would buy a box of Nestlé hot          03:17PM

5    chocolate, what were you looking for when you were

6    picking the box up?

7        A    For one, I was looking for Nestlé.  And in my

8    younger years, I had no idea about any -- anything, so

9    I'm just looking for Nestlé.  And in my older years --

10   and then I'm looking for companies, especially ones I          03:18PM

11   love that do the right thing and, you know, support

12   the planet.  You know, even Starbucks went from

13   plastic to cardboard -- you know, the little cards.

14   So little things, but little things matter.  And so

15   now that's what I look for as an adult.                        03:18PM

16       Q    And when did you start looking for those

17   things?  At what age?

18       A    In all honesty, when I went back to college.

19       Q    What year was that?

20       A    When I went full-time.  Because when I went          03:18PM

21   full-time into college, as an adult going back to

22   college, you -- you get your eyes opened in so many

23   other ways that you're so naive and ignorant before.

24   So I learned so much when I went to college and -- the

25   environment and equal rights.  And just so many things        03:19PM



| | |
|---|---|
| 1 | BY MR. LOOSE: |
| 2 | Q    Have you bought the product that is depicted |
| 3 | in Exhibit 8 before? |
| 4 | A    I don't recall. |
| 5 | Q    But you certainly have bought Nestlé Rich    03:21PM |
| 6 | Milk Chocolate Hot Cocoa before? |
| 7 | A    Absolutely. |
| 8 | Q    You have bought that religiously -- |
| 9 | A    Absolutely. |
| 10 | Q    -- since you were a teenager?    03:21PM |
| 11 | A    Absolutely.  I'm sorry.  I misunderstood.  I |
| 12 | thought you were talking about the box. |
| 13 | Q    Well, I'm asking you if you remember buying |
| 14 | this box, and you don't remember buying this box. |
| 15 | A    Not the particular box, but what it is, yes.    03:21PM |
| 16 | Q    Okay.  Do you have any reason to believe you |
| 17 | wouldn't have purchased the box in Exhibit 8? |
| 18 | A    Not really.  Not really.  And I'm going to |
| 19 | tell you that honestly, like I said, it doesn't have |
| 20 | any -- anything labeled.  It might be an old -- an old    03:21PM |
| 21 | one before they joined the alliances.  So this would |
| 22 | probably be back in my memory. |
| 23 | Q    And today, looking at Exhibit 8, are you also |
| 24 | happy with this label? |
| 25 | A    I do like this label.  Yes, I do.    03:22PM |



MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                        195

 1        A      I don't recall.

 2        Q      Looking at Exhibit 10, do you like this

 3    label?

 4        A      What I do like about your labels here is that

 5    you're keeping this short.  I know that Nestlé is a        03:25PM

 6    member of the Rainforest Alliance, and that's not

 7    misleading.  I -- I don't see a problem with this.  As

 8    a matter of fact, it's -- I think it's more reputable

 9    than the UTZ.

10        Q      Rainforest Alliance is more reputable?          03:25PM

11        A      Yes.

12        Q      Is there anything about Exhibit 10 that you

13    think needs to be changed?

14        A      No.

15               MR. LOOSE:  Exhibit 11.                         03:26PM

16               (Exhibit 11 was marked for

17               identification.)

18    BY MR. LOOSE:

19        Q      Exhibit 11 is an image of Nestlé dark

20    chocolate morsels.                                         03:26PM

21               Have you ever purchased this version of the

22    product?

23        A      Yes.

24        Q      Do you recall when you purchased it?

25        A      Usually, after the holidays, I'll go in and    03:26PM



```
 1  get the sales, and I'll stock up on these because my

 2  family is not really big on dark chocolate, but I like

 3  to have them.

 4       Q    What do you use the dark chocolate morsels

 5  for?                                                       03:27PM

 6       A    I just add a little bitter to, like, my

 7  foods, so I'll add just a little bit of the dark

 8  chocolate in with -- whatever I'm baking, but I don't

 9  tell anyone --

10       Q    Sneaky.                                          03:27PM

11       A    -- since no one likes dark chocolate.  But I

12  sneak it in there anyway.

13       Q    To other chocolate products?

14       A    Yeah -- no, to my family.  If I'm cooking,

15  I'll sneak the dark chocolate in there, and they don't   03:27PM

16  even know.

17       Q    And just so I -- do you sneak it into the

18  cauliflower, or what are you sneaking it into?

19       A    Oh, no.  Like, whatever I'm making or cooking

20  or melting chocolate or whatever I'm doing with the       03:27PM

21  chocolates, the cakes, anything.  You know, I'll melt

22  some of the chocolate.  But my children have this

23  thing that dark chocolate is icky and has this bitter

24  taste, and it's not.  It's really good, and it makes

25  everything a little bit creamier, maybe.  Like, I         03:27PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5302   Page 92 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                197

1    don't know how to explain it.  So I'll sneak -- I'll

2    buy one of these, a couple of these, and I'll just

3    sneak a few in when I'm cooking.  They don't know.

4        Q    Looking at Exhibit 11, do you see anything on

5    this package that's misleading?                          03:28PM

6        A    To answer your question about misleading, the

7    answer is no because exactly what they do is the

8    Nestlé Cocoa Plan.  They're not misleading anyone.

9    They have a Cocoa Plan, and they have alliances.  It's

10   not about that kind of misleading.  It's about         03:28PM

11   advertising and not keeping to the plan.  That's the

12   issue that I'm having, you know.  And I know that they

13   want to tell people what they do, but you have to

14   be -- you have to work at it too, a lot harder.  And

15   that's the only issue that I'm having with these --     03:29PM

16   with these cocoa plans, these UTZ, Rainforest

17   Alliance.

18            It's not only Nestlé.  It's so many other

19   companies out there, and I'm not finger-pointing them.

20   I'm just finger-pointing -- the reason why I go in a    03:29PM

21   store, and that's the first thing I see.  I don't mind

22   if they keep their stuff in the back on the bottom,

23   you know, so that you don't make me buy it because

24   you're that good company.

25       Q    So as long as it's not on the front of the     03:29PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5303   Page 93 of 138

MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                        199

1   their promises on the back?

2       A    Put it on the back because -- because don't

3   make that the issue why I'm buying it, because I'm

4   trusting -- don't make that the issue.  You know,

5   Nestlé has their following, and they're not going to    03:31PM

6   lose money if they take this off and they stick it in

7   the back.  It's -- just shouldn't be the deciding

8   factor.

9       Q    So if I'm understanding your testimony, for

10  Exhibit 11, your preference would be to move the Cocoa   03:31PM

11  Plan square that is on the bottom right-hand corner of

12  the front to the back of the product?

13      A    To the back of the product.

14      Q    Is there any other way in which you would

15  change Exhibit 11?                                        03:31PM

16      A    You want my honest opinion?

17      Q    I do.

18      A    I just would get rid of that.  Just put the

19  Nestlé -- Nestlé Cocoa Plan and their website, because

20  everybody can use that same -- every chocolate company   03:32PM

21  can use the same wording.

22      Q    What wording is that?

23      A    You know, "we support" and "sustainable

24  products" and "we support the farmers."  They can all

25  use that.  But you can see, they're not using it, you    03:32PM



Case 3:19-cv-00723-L-DEB  Document 138-1  Filed 03/22/24  PageID.5304  Page 94 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                200

 1  know.  And this is what I'm talking about.  Like the

 2  Nestlé Cocoa Plan, people know what it is.

 3         MR. GRANADE:  And just for clarity, I

 4  just want to say that she's -- clarify what she's

 5  pointing to.  She's pointing to the block that        03:32PM

 6  says:

 7             "Supporting farmers for a better

 8             chocolate.  The Nestlé Cocoa Plan works

 9             with UTZ to help improve the lives of

10             cocoa farmers and the quality of their     03:32PM

11             products."

12  BY MR. LOOSE:

13     Q    Is that what you're pointing to?

14     A    That's what I'm pointing to.

15     Q    Okay.                                         03:33PM

16     A    I don't -- I like the Cocoa Plan.  I like

17  that.  I don't like it in the front.  I don't even --

18  but I like it in the back with the -- with the --

19  whatever little Rainbow Alliance [sic], the little

20  UTZ.  But nothing that makes a deciding factor.       03:33PM

21     Q    And I'll represent to you this is probably

22  not the easiest thing to appreciate, but the way that

23  this would look on the shelf is the -- you see where

24  it says, "Over 75 years of baking expertise"?

25     A    Yes.                                          03:33PM



1    just focus on the size.

2         Is the size of the Cocoa Plan square on the

3    front of the package too big?

4    A    I just don't think it needs to be there.

5    Q    Okay.                                          03:36PM

6    A    Because, again, it's the front of the

7    package.  That is what you see when you buy something.

8    And -- and in all honesty, whatever Nestlé moves

9    around is not going to harm their business at all and

10   is not going to stop people from buying their         03:37PM

11   chocolate, and this isn't going to make a difference

12   in sales.

13        MR. LOOSE:  Exhibit 12.

14        (Exhibit 12 was marked for

15        identification.)                                03:37PM

16        THE WITNESS:  Thank you.

17   BY MR. LOOSE:

18   Q    Exhibit 12 is an image of a milk chocolate

19   morsels Toll House label.

20        Have you purchased this packaging before?       03:37PM

21   A    Oh, I'm sure I've purchased the milk

22   chocolate morsels millions of times.

23   Q    And --

24   A    Is it this particular one that you're giving

25   me right now?  I don't recall.                       03:37PM



```
 1        Q     Understood.
 2              Looking at Exhibit 12, is there anything in
 3    this label that you think is misleading?
 4        A     Again, I'm not -- you've got two of them
 5    listed here.  You got this side and you got this side       03:38PM
 6    and then you've got one here.  How much do we have to
 7    reiterate the Nestlé Cocoa Plan?
 8        Q     And I want to break that into two.  One part
 9    might be, how much do we reiterate it?
10              But my first question, before we get to that      03:38PM
11    one:  Is there anything here that's misleading to you?
12        A     The wording on here, I know that they are
13    supporting.  But keeping to their own promises on the
14    Nestlé Cocoa Plan is not what they're doing.  So I
15    think, in all honesty, to take the wording out because      03:39PM
16    I'm not that big corporation.  I have no clue what
17    they have to do every day over there, but they have to
18    do a lot, and then they also promised a lot.  So
19    promises are made to be broken, and I know that not
20    everyone can keep their promise of cutting down on          03:39PM
21    whatever their plan states for this time frame of this
22    year.  We're going to cut down on this many and so on
23    and so forth.  So instead of just saying this is what
24    we do all the time, let's just get rid of that, and
25    have My Nestlé Cocoa Plan.  And if anybody wants to         03:39PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5307   Page 97 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                                206

 1  know about it, they can go on the website and read

 2  about it.

 3      Q    And to be fair, Ms. Falcone, there's nothing

 4  in the box that you're pointing to that says, "We

 5  promise to reduce things by a certain percentage."        03:39PM

 6  Right?

 7      A    Yes, but the quality of what they're doing is

 8  part of their plan.  The quality of taking care of the

 9  environment.  The quality of educating these children.

10  I'm not over there.  I don't know if they're keeping      03:40PM

11  their promises, and you don't know if they're keeping

12  their promises.  And that's what -- it just would be

13  better just to leave the wording out and then have

14  your website so that people can go and check for

15  themselves.                                                03:40PM

16          MR. GRANADE:  And I just want -- for the

17  record, when she's saying "the wording," she's

18  pointing to:

19              "Supporting farmers for a better

20              chocolate.  The Nestlé Cocoa Plan works        03:40PM

21              with UTZ to help improve the lives of

22              cocoa farmers and the quality of their

23              products."

24  BY MR. LOOSE:

25      Q    That's what you were pointing to?                 03:40PM



1    A    Yes, sir.

2    Q    Let's -- I want to take that statement word

3  by word and sentence by sentence.

4         So you started by saying you know that Nestlé

5  is supporting farmers.  Right?                        03:40PM

6    A    I do know that they try.

7    Q    So that first part of the sentence is true.

8  Right?

9         MR. GRANADE:  Objection.

10        THE WITNESS:  It's like a double-edged         03:40PM

11 sword.  It's true and it's not so true, because

12 all I'm trying to tell you is we're talking about

13 the Nestlé Cocoa Plan.  This is something that

14 they've instrumented [sic], not anybody else.  So

15 with the promises of lessening of child labor        03:41PM

16 and -- and the years that we're going to do

17 this -- in 2023, we're going to do this or 2025,

18 whatever it is that's on the website.  I don't

19 remember it word for word.  But that's what's not

20 being adhered to.                                     03:41PM

21        So for me to put that on, it's just

22 trying to reiterate, you're such a great guy.

23 Just have the My Nestlé Cocoa Plan on the website

24 and let people see what you've been doing by

25 updating all of your information and -- and, you      03:41PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5309   Page 99 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      212

1        A    You don't even need it.

2             MR. LOOSE:  Exhibit 13.

3             (Exhibit 13 was marked for

4             identification.)

5    BY MR. LOOSE:                                          03:46PM

6        Q    Ms. Falcone, you've purchased Nestlé mini

7    morsels before.  Correct?

8        A    Yes.

9        Q    And this is the product that you purchased,

10   pretty much, every year for the last 20 years.  Right?  03:46PM

11       A    A long time, I've purchased the mini morsels.

12   I've purchased morsels, in general --

13       Q    Right.

14       A    -- for that time frame.

15       Q    Do you remember buying the package that's     03:46PM

16   depicted in Exhibit 13?

17       A    I don't recall.

18       Q    And I know you've looked at similar labels,

19   so I appreciate your patience.

20       A    No, that's okay.                              03:46PM

21       Q    But I really want to understand your point of

22   view.

23            So with Exhibit 13, is there anything on the

24   label that you see that is misleading?

25            MR. GRANADE:  Objection.                      03:47PM



MARIE FALCONE Vol. I Conf.                      October 04, 2023
FALCONE V. NESTLE USA, INC.                               213

```
 1          THE WITNESS:  As with the other labels,
 2    again, is what we spoke about when -- when
 3    explaining the Cocoa Plan, and this bothers me.
 4    And there's -- the Cocoa Plan, there's just too
 5    much here.                                          03:47PM
 6    BY MR. LOOSE:
 7        Q    So the same --
 8        A    There's too much here.
 9        Q    If I were to ask you the same questions about
10    Exhibit 13 that I did about Exhibit 12, which is the  03:47PM
11    milk chocolate morsels, would your answer be the same?
12          MR. GRANADE:  Objection --
13          THE WITNESS:  Yes, it was -- sorry.
14          MR. GRANADE:  I said, "Objection."
15          MR. LOOSE:  And you got her answer?           03:47PM
16          THE COURT REPORTER:  Yes.
17          MR. LOOSE:  Thank you.
18          THE COURT REPORTER:  "Answer:  Yes."
19    BY MR. LOOSE:
20        Q    I think your answer was "yes," they would be  03:48PM
21    the same?
22        A    Yes.
23          MR. LOOSE:  Exhibit 14.
24          (Exhibit 14 was marked for
25          identification.)                              03:48PM
```



1   BY MR. LOOSE:

2        Q    Exhibit 14 is a different image of a

3   semi-sweet morsels package.

4             Now we're getting somewhere, aren't we,

5   Ms. Falcone?                                              03:48PM

6        A    Yes, we are.

7        Q    We have removed the Cocoa Plan rectangle from

8   the girth, as I was calling it.  Right?

9        A    Yes.

10       Q    Does that make you happy?                       03:48PM

11       A    Yes, it does.

12       Q    And if you look at the front of the

13   package -- which is, again, the part that has the

14   cookie on it -- there's no Cocoa Plan rectangle at

15   all.  Do you see that?                                   03:48PM

16       A    Yes.

17       Q    So this is a good label for you.  Right?

18       A    Absolutely.

19       Q    Is there any problem with the label in

20   Exhibit 14 for you?                                      03:48PM

21       A    This is about my favorite label.

22       Q    Okay.  And you see --

23       A    Do you see?

24       Q    This one does it right because the little bit

25   about the Rainforest Alliance frog and the Cocoa Plan    03:49PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5312   Page 102 of 138

MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                      215

```
 1   is on the back now.  Right?
 2       A    Absolutely.  And it's the perfect placement.
 3       Q    And it's small?
 4       A    It's where, when the customer turns the --
 5   turns the -- over -- we all look at the -- why?  We      03:49PM
 6   don't know.  We eat it 10,000 times, but we still turn
 7   it around and look.  And it's right there.  It's
 8   small.  It's simple.  It's not -- this isn't the
 9   determination of the sale.  This is beautiful.  I love
10   this one.                                                03:49PM
11       Q    Great.
12            MR. LOOSE:  Exhibit 15.
13            (Exhibit 15 was marked for
14            identification.)
15            THE WITNESS:  Thank you.                         03:49PM
16   BY MR. LOOSE:
17       Q    Exhibit 15 is your and my personal favorite,
18   the dark chocolate morsels that we sneak in with our
19   families.
20       A    Absolutely.                                      03:50PM
21       Q    This is very similar to Exhibit 14, in that
22   if you look at the front of the label, we don't have
23   any Cocoa Plan square there.  Right?
24       A    Absolutely not.
25       Q    Another beautiful label.  Right?                 03:50PM
```



```
 1        A     This is beautiful.  I love it.

 2        Q     You have no problems with it?

 3        A     No.

 4        Q     Would you buy this?

 5        A     Yes.                                        03:50PM

 6        Q     Okay.  And would you buy Exhibit 14?

 7        A     Yes.  Put them on -- put them for sale, and

 8   I'm going to go buy them.

 9        Q     So if you asked Mr. Falcone to drive you by

10   Food 4 Less after this deposition and you saw          03:50PM

11   Exhibit 14 on the shelf, would you start buying Nestlé

12   again?

13        A     Yes, but I'll drive myself.

14        Q     Fair enough.  I probably wouldn't ask him to

15   drive me either.                                       03:50PM

16              And if you drove yourself to Food 4 Less and

17   you saw Exhibit 15 today, sitting on a shelf, would

18   you buy it?

19        A     Yes.  Yes, because you didn't put anything in

20   my face, and I'm so appreciative of this, really.      03:50PM

21              MR. LOOSE:  Exhibit 16.

22              (Exhibit 16 was marked for

23              identification.)

24   BY MR. LOOSE:

25        Q     Ms. Falcone, Exhibit 16 is a image of the    03:51PM
```



 1  milk chocolate morsels package.

 2          Is this another perfect label for you?

 3      A    Yes.

 4      Q    Does this also make you very happy?

 5      A    Yes, it does.                                    03:51PM

 6      Q    And if this were on the shelves today at Food

 7  4 Less, would you buy this product in Exhibit 16?

 8      A    Absolutely.  Absolutely, because you know

 9  why?  I love this.  It's -- it's not causing any --

10  it's like you're trying your best, you know.  I really  03:52PM

11  do like it.

12          MR. LOOSE:  Exhibit 17.

13          (Exhibit 17 was marked for

14          identification.)

15  BY MR. LOOSE:                                             03:52PM

16      Q    Exhibit 17 is the image of a label for

17  semi-sweet mini morsels.

18          Do you also love Exhibit 17, Ms. Falcone?

19      A    Yes, I do.

20      Q    And if Exhibit 17 were sitting on a shelf at   03:52PM

21  a grocery store today, would you buy it?

22      A    Yes.

23      Q    Would you have any reservation about buying

24  the product depicted in Exhibit 17?

25      A    No.                                              03:52PM



MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                        219

1      A    It would surprise me very much.

2      Q    Would it surprise you that Exhibit 15 is

3  sitting on the shelves today?

4      A    Very much surprising.

5      Q    Would it surprise you that Exhibit 14 is          03:53PM

6  sitting on the shelves today?

7      A    Surprise me.

8      Q    Would it surprise you if Exhibit 14 was

9  sitting on the shelves when Ms. Zeldes called you and

10  asked you to join this lawsuit?                            03:54PM

11     A    That would surprise me.

12     Q    Would you have joined the lawsuit if you knew

13  that this was on the shelves at the time?

14     A    But this isn't the one that I bought.

15     Q    You never bought Exhibit 14?                       03:54PM

16     A    No.  I bought one and took a picture of it,

17  but they didn't look like this.

18     Q    So let me return to my question.

19     A    Okay.  I'm sorry.

20     Q    When Ms. Zeldes called you and asked you to       03:54PM

21  join this lawsuit, would you have joined if you knew

22  that Exhibit 14 was the version of the product on the

23  shelves when she was calling you?

24     A    If my other products looked like this, I -- I

25  don't know if I would have, but my other products did     03:54PM



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              220

```
 1   not look like this.

 2              MR. LOOSE:  Exhibit 18.

 3              (Exhibit 18 was marked for

 4              identification.)

 5              THE WITNESS:  Oh, thank you.        03:55PM

 6   BY MR. LOOSE:

 7      Q     Exhibit 18 is a image of the box for the

 8   classic rich milk chocolate product.  You've bought

 9   this product before?

10      A     Yes, I've bought all -- all different types. 03:55PM

11      Q     And looking at this label of the box, I'll

12   represent to you that the left-hand side, where it

13   says, "Over a hundred years of chocolaty memories" --

14      A     Uh-huh.

15      Q     -- is the back.  The part that gets skinny  03:55PM

16   that says, "Just add water or milk" is the side.  The

17   picture with the mug of the hot cocoa is the front of

18   the box.  And then the nutrition facts would be the

19   fourth side.

20              Does that make sense?                03:55PM

21      A     Yes.

22      Q     So if you look at the picture of the mug,

23   which is on the front part of the box, here, we see no

24   Cocoa Plan labeling.  Correct?

25      A     Correct.                              03:56PM
```



1    Q    We see no UTZ labeling.  Correct?

2    A    Correct.

3    Q    We see no Rainforest Alliance on the front.

4  Correct?

5    A    Correct.                                      03:56PM

6    Q    The place where Cocoa Plan is mentioned is on

7  the back.  Right?

8    A    Correct.

9    Q    Are you happy with this label?

10   A    I can't read this.                           03:56PM

11   Q    When you say you can't read this, which --

12   A    I can't read it.  It's like -- I can't read

13  it.

14   Q    I know.  But which part are you pointing to?

15   A    The Cocoa Plan.                              03:56PM

16   Q    Oh, yeah.  I will be happy to try to make it

17  out for you.  I don't want to misrepresent what is

18  there.  But what I read it to say -- and I'm sure

19  Mr. Granade will keep me honest.  Under the Nestlé

20  Cocoa Plan, it says:                               03:56PM

21            "Supporting farmers for better

22          chocolate.  The Nestlé Cocoa Plan works

23          with UTZ to help improve the lives of

24          cocoa farmers and the quality of their

25          products.  www.NestléCocoaPlan.com."       03:57PM



MARIE FALCONE Vol. I Conf.                          October 04, 2023
FALCONE V. NESTLE USA, INC.                                    222

```
 1            MR. LOOSE:  Is that also how you read it,
 2    Mr. Granade?
 3            MR. GRANADE:  I believe so, yes.
 4    BY MR. LOOSE:
 5       Q    So that's what it says on the back.          03:57PM
 6            Do you have any problems with this label?
 7       A    I -- I personally have a problem with it
 8    because the Cocoa Plan isn't being adhered to.  If you
 9    want to put Cocoa Plan on there and the website to go
10    to, but if you're not keeping what you're supposed to   03:57PM
11    be doing, because it's your plan -- that's the problem
12    that I'm having, even explaining to people what you do
13    when the statistics show that it's not reality.
14       Q    Does it --
15       A    So I don't like the explanation that's on     03:57PM
16    here.
17       Q    Do you like that it's on the back of the box?
18       A    The back on the bottom would be the best
19    where it -- it doesn't show anyone what you're doing,
20    especially if you're not adhering to your own plan.    03:58PM
21    Just put Nestlé Cocoa Plan, and put it down there.
22    Don't try to explain anything.  Because you're -- if
23    you're not keeping up with your own, you know,
24    expectations and everything that you've told the
25    public, it's just -- put it down here.                 03:58PM
```



1    Q    Down --

2    A    Down at the bottom.

3    Q    -- next to the "Thoughtful portion, one

4  packet, 6 ounces equals one portion"?

5    A    Yeah, somewhere down here.                    03:58PM

6    Q    Okay.  So you would change the order?

7    A    Yeah, a little -- Nestlé cocoa -- and just

8  Nestlé Cocoa Plan.

9    Q    You're fine with the logo being there?

10   A    Yeah, with the Nestlé Cocoa Plan.  I don't    03:58PM

11  like the explanations because -- because according to

12  their own website, they're not adhering to it.  I'm

13  not saying that they won't in years to come or

14  whatever, but I just think that you just need to put

15  the Nestlé plan and let people do their own homework.  03:59PM

16   Q    And let me make sure I really understand

17  because you've come back to this a couple of times

18  today.  You say on their own website, they admit that

19  "they're not adhering to it."

20        What are you specifically referring to on the  03:59PM

21  Nestlé website that admits that it's not adhering to

22  its own plan?

23   A    They were supposed to lower the slave rates,

24  and yet, they're from 14,000 in 2000 and something.

25  Let me look in here and see what it says.           03:59PM



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              227

1    Q    Yes, sorry.

2         CHF is Swiss Francs.  So it's saying

3    224 million in Swiss Francs, which I think is about

4    the equivalent to $250 million U.S., is invested today

5    by the Cocoa Plan in global partnerships,                    04:05PM

6    certification, and farmer training.

7    A    And that's verified?

8    Q    And do you think that that's helping farmers?

9    A    It's verified?

10   Q    Do you have any reason to believe that that's    04:05PM

11   false?

12   A    I don't know what to trust anymore.

13   Q    Okay.  But my question was:  Do you have any

14   reason to believe that it's false?

15        Is your answer "yes," you have reason to         04:05PM

16   believe that it's false?

17        MR. GRANADE:  Objection.

18        THE WITNESS:  If I don't have reason to

19   believe it's false, I don't have reason to believe

20   it's true.  It's something you showed me right          04:05PM

21   now, and you want an answer of whether I believe

22   it or not.  It doesn't work that way with me.

23   BY MR. LOOSE:

24   Q    What would you need to do?

25   A    Investigate.                                       04:05PM



1    Q    What would you do to investigate?

2    A    I would have to go through --

3         THE COURT REPORTER:  I'm sorry, would you

4  mind speaking up, please?

5         THE WITNESS:  I would have to go through        04:06PM

6  and read everything.

7  BY MR. LOOSE:

8    Q    In this document?

9    A    And many others.

10    Q    What other documents would you --            04:06PM

11    A    I would have to go through other documents

12  that can verify and cross-check these things.

13    Q    If you were able to verify it, that Nestlé --

14  the Nestlé Cocoa Plan has invested 224 million Swiss

15  Francs in farming and sustainability programs, would   04:06PM

16  that help the lives of farmers?

17    A    I would have to -- so in 2017, you have

18  48,000 children, 496 [sic] in the database.  In 2019,

19  you have 73,248.

20    Q    Oh, you're looking at the next page on the     04:06PM

21  right.

22    A    Yeah.

23    Q    What does that mean to you?

24    A    So that means money.  That means profit.  So

25  when you're talking about they've invested this much   04:07PM



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                229

```
 1   money, well, they've made three -- 20 times more than
 2   this much money from whatever time frame.  There's --
 3   you have the slavery going up, and you have the profit
 4   going up.
 5       Q    So I want to ask you about that.              04:07PM
 6            If you look at the page that you're on,
 7   Page 13, you see "Reach of the System."  That's the
 8   same chart that you were just pointing to in the
 9   complaint.  Right?
10       A    It's not the exact same chart.               04:07PM
11       Q    Isn't it?  How is it different?
12       A    Oh, this one here.  I'm sorry.  This one
13   here, yes.
14       Q    Okay.  So I want to start with what you
15   understand the first line to mean.                    04:07PM
16            "Number of children age 5 to 17 being
17            monitored."
18            Is your understanding that that's the
19   number of children that are slave laborers?
20       A    They're being monitored.                     04:08PM
21       Q    What does that mean?
22       A    Well, what would "being monitored" mean?
23       Q    You don't know what that means.
24       A    If they're not -- if they're not working for
25   less than whatever wage.  I mean, why would you       04:08PM
```



```
 1    monitor children, then not to think it's slave labor.
 2       Q    So --
 3       A    So it says:
 4              "Child labor rate:  2017, 17 percent.
 5         2019, 23 percent."                              04:08PM
 6         So can we just say that it's going up and
 7    can we just say that the profit is going up and
 8    can we just say they invest more money because, of
 9    course, they're getting more money.
10       Q    Do you have an understanding of what the    04:08PM
11    child labor monitoring system is?
12       A    No, but when I see that it's an underage
13    child, that's all I need to know.
14       Q    Do you think that it's valuable to monitor
15    children to make sure that they are not engaged in   04:08PM
16    child labor?
17       A    If that's the truth.
18       Q    And if it's the truth that what the Cocoa
19    Plan report is talking about here, is monitoring
20    children to make sure that they're not involved in   04:09PM
21    child labor --
22       A    So we have --
23       Q    -- does that change your perspective?
24          MR. GRANADE:  Let him finish his
25    question, please.                                    04:09PM
```



1    And I will lodge an objection.

2    You can answer.

3    THE WITNESS:  Here, you have "Number of

4  children in remediation not measured from 2017,"

5  and we have 15,740 in 2019.  I can't -- I can't          04:09PM

6  comment on what they do with their slave labor.  I

7  wish it would stop, but that's not going to

8  happen.  And I have only the information that I

9  have, and the Nestlé corporation has everything at

10  their fingertips for everything that they've been       04:10PM

11  doing, whether it's underhanded or not.  You know,

12  these companies still buy cocoa from companies

13  that -- from farmers that are not even on the UTZ

14  list.  I can't prove it.  There's nothing I can

15  tell you.  I think it's wonderful and -- and I see       04:10PM

16  the -- and I see the dates and the numbers just

17  going up and up and up.

18    So you asking me this is, like, serious

19  question, a very serious question that I don't

20  have the answer to because I'm not privy and I          04:10PM

21  can't go there and I can't see what's going on and

22  I can't see the real records.  I don't know.  I

23  can only go by what they say is the truth.  That's

24  all I can go by.

25  ///                                                     04:10PM



1              support were no longer engaging in

2              hazardous work at their last follow-up

3              visit."

4              That's a good thing.  Right?

5       A    That's a good thing.                    04:26PM

6       Q    And that's real progress.  Right?

7       A    Yes.

8              THE COURT REPORTER:  And I'm sorry, can

9   you speak up, please?

10             THE WITNESS:  If it's true, it's real    04:26PM

11  progress.

12  BY MR. LOOSE:

13      Q    And that's the kind of progress you've wanted

14  to see?

15      A    Yes.                                      04:26PM

16      Q    And Nestlé is delivering?

17      A    Looks like it.

18      Q    When are you going to start buying Nestlé

19  again?

20      A    I hope very soon.                         04:26PM

21      Q    What needs to change before you start buying

22  Nestlé again?

23      A    I really had some issues with the packaging.

24  It was really one of my main issues.

25      Q    Have those now been fixed, based on the      04:26PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5326   Page 116 of 138

MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              246

 1  images you saw?

 2       A    It's -- it's been remedied.  It's been

 3  remedied a lot.  A lot of it, I'd want to look over.

 4  And I know it's not only Nestlé.  And I just -- you

 5  know, Nestlé is big enough to make the difference.        04:27PM

 6  Everybody is going to follow in their footsteps, you

 7  know, because they're the biggest, and -- and they can

 8  set an example for all the other companies.

 9            MR. LOOSE:  Exhibit 21.

10            (Exhibit 21 was marked for                      04:27PM

11            identification.)

12  BY MR. LOOSE:

13       Q    Before you is Exhibit 21.  The title is,

14  "Nestlé Cocoa Plan, Towards Forest Positive Cocoa,

15  Annual Progress Report, 2023."                            04:28PM

16            Have you seen this document before --

17       A    No.

18       Q    -- Ms. Falcone?

19            Have you visited the Nestlé Cocoa Plan

20  website in 2023?                                          04:28PM

21       A    Yes.

22       Q    Did you look for this document when you

23  visited?

24       A    I couldn't click on it.  That was the one I

25  was telling you.  I don't know if it was '20 or '21.      04:28PM



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5327   Page 117 of 138

MARIE FALCONE Vol. I Conf.                              October 04, 2023
FALCONE V. NESTLE USA, INC.                                          252

 1   want to do, absolutely, but I'm here representing, not

 2   only myself, but a lot of other people.  And I'm just

 3   here for the issue at hand.  I'm not here to start

 4   anything -- anything else.  I'm just here for the

 5   issue at hand.                                       05:00PM

 6        Q    And what is the issue at hand, in your own

 7   words?

 8        A    I don't want to see the Cocoa Plan or

 9   anything of the like, even the Rainforest Alliance or

10   UTZ -- I don't want to see it used to make the        05:00PM

11   consumer buy your product.  I don't want the trust

12   issue to be violated from corporations.  And that

13   would be any corporation.  I don't want to see that

14   violation.  If somebody wants to buy your product, you

15   put it on the shelf, and sell it.  Period.  You don't  05:00PM

16   have to advertise, "Look what I do."

17        And if you want to have a website down and

18   back somewhere, you know, if somebody is that

19   interested in actually reading, but I don't -- I don't

20   think pushing -- because there's not all truths in all  05:01PM

21   of this.  There's not all truths in all of this.  And

22   for pushing that, when the truths are what you say

23   they are -- and no one really has the knowledge, but

24   extremely higher-up people, maybe -- maybe

25   governments, maybe their government, I don't even know  05:01PM



MARIE FALCONE Vol. I Conf.                    October 04, 2023
FALCONE V. NESTLE USA, INC.                              253

```
 1   who would have the true knowledge of stuff.  I just --
 2   that's what I want to see changed.
 3        Q    Is that why you're suing Nestlé?
 4        A    Yes.
 5        Q    Is there any other reason?                      05:01PM
 6        A    No.
 7        Q    You mentioned that you're here through
 8   October 7th.  Is that right?
 9        A    Yes.
10        Q    What are you doing during the rest of your     05:01PM
11   time?
12        A    My -- my Universal pass ends October 8th, so
13   we get one more day before we go back home.
14        Q    And are you traveling with your daughter?
15        A    Yes.                                            05:02PM
16        Q    Is that the 24-year-old?
17        A    Yes.
18        Q    Are you traveling with anybody else?
19        A    No, just her.
20             MR. LOOSE:  I think that's everything.          05:02PM
21   Let me just go over my notes really quickly.
22             THE WITNESS:  Okay.
23             MR. LOOSE:  And talk to these guys.  I
24   don't think it's going to be more than three
25   minutes, so if you just want to hang tight.              05:02PM
```



Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5329   Page 119 of 138

MARIE FALCONE Vol. I Conf.                                    October 04, 2023
FALCONE V. NESTLE USA, INC.                                          258

```
 1

 2   STATE OF CALIFORNIA      )
                             )   ss.
 3   COUNTY OF LOS ANGELES   )

 4

 5           I, CHERYL ASADA, CSR No. 13496, certify: That

 6   the foregoing proceedings were taken at the time and

 7   place herein set forth; at which time the witness was

 8   duly sworn; and that the transcript is a true record

 9   of the testimony so given.

10           The dismantling, unsealing, or unbinding

11   of the original transcript will render the

12   reporter's certificate null and void.

13           I further certify that I am not financially

14   interested in the action, and I am not related to any

15   of the parties in this case.

16           Witness review, correction, and signature was

17   ( ) By Code  (X) Requested  ( ) Not requested.

18

19

20           Dated this 19TH day of OCTOBER, 2023.

21

22                       _____
                             CHERYL ASADA, CSR 13496
23                       _____
                             CHERYL ASADA, CSR 13496

24

25
```



EXHIBIT 2

1  Helen I. Zeldes (State Bar No. 220051)
   *hzeldes@sshhzlaw.com*
2  Joshua A. Fields (State Bar No. 242938)
   *jfields@sshhzlaw.com*
3  Aya Dardari (State Bar No. 344039)
   *adardari@sshhzlaw.com*
4  **SCHONBRUN SEPLOW**
   **HARRIS HOFFMAN & ZELDES, LLP**
5  501 West Broadway, Suite 800
   San Diego, California 92101
6  Telephone: (619) 400-4990

7  George V. Granade (State Bar No. 316050)
   *ggranade@reesellp.com*
8  **REESE LLP**
   8484 Wilshire Boulevard, Suite 515
9  Los Angeles, California 90211
   Telephone: (310) 393-0070
10
11 [Additional Counsel on Signature Page]
12 *Counsel for Plaintiff Marie Falcone and the Proposed Class.*
13 Timothy W. Loose (State Bar No. 241037)
   *tloose@gibsondunn.com*
14 Theodore J. Boutrous, Jr. (State Bar No. 132099)
   *tboutrous@gibsondunn.com*
15 Christopher Chorba (State Bar No. 216692)
   *cchorba@gibsondunn.com*
16 Perlette Jura (State Bar No. 242332)
   *pjura@gibsondunn.com*
17 **GIBSON DUNN & CRUTCHER LLP**
   333 South Grand Avenue
18 Los Angeles, California 90071
   Telephone: (213) 229-7000
19 Facsimile: (213) 229-7520

20 *Attorneys for Defendant Nestlé USA, Inc.*

21          UNITED STATES DISTRICT COURT

22          SOUTHERN DISTRICT OF CALIFORNIA

23 MARIE FALCONE,                    | CASE NO. 3:19-cv-00723-L-DEB

24          Plaintiff,               | **JOINT STIPULATION FOR**
                                     | **PURPOSES OF CLASS**
25     v.                            | **CERTIFICATION BRIEFING**
                                     | **REGARDING PRODUCT LABELS**
26 NESTLÉ USA, INC., a Delaware
   Corporation; and DOES 1 TO 100,
27
            Defendants.
28

1

Solely for purposes of briefing related to Plaintiff Marie Falcone's forthcoming motion for class certification, Defendant Nestlé USA, Inc. and Plaintiff Marie Falcone ("the parties") stipulate to the following:

1.    The dates below reflect the approximate date on which the listed versions of labels became available for consumers to purchase in the United States, subject to availability at different retail locations.  The listed versions of the labels typically stop being available for consumers to purchase after a subsequent design becomes available for purchase.

| Product Name | ZPCK[1] | Bates Number | Approximate First Sold Date |
|---|---|---|---|
| Semisweet Morsels 12 oz | 43532821 | FALCONE_NUSA_062504 | 3/27/2014 |
| | 43704891 | FALCONE_NUSA_062495 | 6/2/2016 |
| | 43759092 | FALCONE_NUSA_062494 | N/A |
| | 43861779 | FALCONE_NUSA_062499 | 11/21/2018 |
| | 44033457 | FALCONE_NUSA_062542 | 10/20/2020 |
| | 44125671 | FALCONE_NUSA_062575 | 12/9/2021 |
| Semisweet Morsels 72 oz | 43591801 | FALCONE_NUSA_062496 | 3/26/2015 |
| | 43714215 | FALCONE_NUSA_062492 | 10/22/2016 |
| | 43759372 | FALCONE_NUSA_062491 | 8/16/2017 |
| | 43787443 | FALCONE_NUSA_062493 | 10/3/2017 |
| | 43878767 | FALCONE_NUSA_062569 | 12/18/2018 |
| | 43883625 | FALCONE_NUSA_062497 | 7/17/2019 |
| | 44019546 | FALCONE_NUSA_062548 | 7/3/2020 |
| | 44040266 | FALCONE_NUSA_062555 | 10/10/2020 |
| | 44040290 | FALCONE_NUSA_062546 | 10/20/2020 |
| | 44125679 | FALCONE_NUSA_062576 | 12/24/2021 |

---

[1] ZPCK refers to a unique identifier number listed on each label design.

| Product Name | ZPCK[1] | Bates Number | Approximate First Sold Date |
|---|---|---|---|
| | 44125680 | FALCONE_NUSA_062570 | 12/24/2021 |
| | 44189487 | FALCONE_NUSA_062540 | 6/2/2022 |
| Mini Semisweet Morsels 12 oz | 43532796 | FALCONE_NUSA_062502 | 3/27/2014 |
| | 43704845 | FALCONE_NUSA_062500 | 6/9/2016 |
| Mini Semisweet Morsels 10 oz | 43759370 | FALCONE_NUSA_062503 | 7/31/2017 |
| | 43861778 | FALCONE_NUSA_062505 | 11/21/2018 |
| | 44033595 | FALCONE_NUSA_062544 | 10/20/2020 |
| | 44125672 | FALCONE_NUSA_062568 | 12/9/2021 |
| Mini Semisweet Morsels 20 oz | 43797133 | FALCONE_NUSA_062563 | 10/17/2017 |
| | 43861820 | FALCONE_NUSA_062564 | 11/26/2018 |
| | 44040314 | FALCONE_NUSA_062565 | 10/10/2020 |
| | 44125682 | FALCONE_NUSA_062567 | 11/27/2021 |
| Allergen Free Semisweet Morsels 10 oz | 43839039 | FALCONE_NUSA_062514 | 6/21/2018 |
| | 43894932 | FALCONE_NUSA_062516 | 1/18/2019 |
| | 44042343 | FALCONE_NUSA_062515 | 10/17/2020 |
| | 44232462 | FALCONE_NUSA_062551 | 12/15/2022 |
| | 44277726 | FALCONE_NUSA_062552 | 3/1/2023 |
| Dark Chocolate Morsels 10 oz | 43591804 | FALCONE_NUSA_062506 | 4/20/2015 |
| | 43704892 | FALCONE_NUSA_062537 | 6/13/2016 |
| | 43759375 | FALCONE_NUSA_062521 | 10/28/2017 |
| | 43861516 | FALCONE_NUSA_062532 | 11/24/2018 |
| | 44125448 | FALCONE_NUSA_062572 | 12/22/2021 |
| | 44174708 | FALCONE_NUSA_062562 | 9/3/2022 |
| Dark Chocolate Morsels 20 oz | 43591797 | FALCONE_NUSA_062507 | 5/4/2015 |
| | 43704854 | FALCONE_NUSA_062535 | 6/14/2016 |

| Product Name | ZPCK[1] | Bates Number | Approximate First Sold Date |
|---|---|---|---|
| | 43759373 | FALCONE_NUSA_062522 | 10/28/2017 |
| | 43861515 | FALCONE_NUSA_062531 | 11/24/2018 |
| | 44125668 | FALCONE_NUSA_062573 | 12/22/2021 |
| Milk Chocolate Morsels 11.5 oz | 43591455 | FALCONE_NUSA_062508 | 3/30/2015 |
| | 43704851 | FALCONE_NUSA_062526 | 6/14/2016 |
| | 43759376 | FALCONE_NUSA_062523 | 1/17/2018 |
| | 43861517 | FALCONE_NUSA_062530 | 11/23/2018 |
| | 44033474 | FALCONE_NUSA_062553 | 10/10/2020 |
| | 44125663 | FALCONE_NUSA_062574 | 12/9/2021 |
| Milk Chocolate Morsels 23 oz | 43591802 | FALCONE_NUSA_062509 | 3/30/2015 |
| | 43653704 | FALCONE_NUSA_062517 | 8/13/2015 |
| | 43704915 | FALCONE_NUSA_062533 | 1/17/2018 |
| | 43759371 | FALCONE_NUSA_062560 | 1/12/2018 |
| | 43861514 | FALCONE_NUSA_062529 | 11/24/2018 |
| | 44041412 | FALCONE_NUSA_062558 | 10/20/2020 |
| | 44125684 | FALCONE_NUSA_062557 | 11/27/2021 |
| Mini Marshmallows Hot Cocoa 6 Pack | 43534770 | FALCONE_NUSA_062510 | 4/23/2014 |
| | 43802026 | FALCONE_NUSA_062512 | 12/14/2017 |
| | 44136913 | FALCONE_NUSA_062541 | 1/31/2022 |
| Mini Marshmallows Hot Cocoa 8 Pack | 44161466 | FALCONE_NUSA_000028 | 6/17/2022 |
| Rich Milk Chocolate Hot Cocoa 6 Pack | 43534771 | FALCONE_NUSA_062511 | 4/23/2014 |
| | 43713882 | FALCONE_NUSA_062501 | 7/12/2016 |
| | 43802029 | FALCONE_NUSA_062498 | 12/14/2017 |
| | 44136920 | FALCONE_NUSA_062550 | 1/31/2022 |

| Product Name | ZPCK[1] | Bates Number | Approximate First Sold Date |
|---|---|---|---|
| Rich Milk Chocolate Hot Cocoa 8 Pack | 44161467 | FALCONE_NUSA_000030 | 6/16/22 |
| Rich Milk Chocolate Hot Cocoa 27.7 oz | 43802055 | FALCONE_NUSA_000026 | 12/14/2017 |
| Nesquik Powder 16 oz | 43409728 | FALCONE_NUSA_074021 | 9/21/2012 |
| | 43541180 | FALCONE_NUSA_074004 | 3/27/2014 |
| | 43620651 | FALCONE_NUSA_074000 | 7/6/2015 |
| | 43712425 | FALCONE_NUSA_074010 | 6/23/2016 |
| | 43988047 | FALCONE_NUSA_073986 | 4/28/2020 |
| | 44041747 | FALCONE_NUSA_073994 | 9/5/2021 |
| Nesquik Powder 41.9 oz | 43611763 | FALCONE_NUSA_073998 | 5/3/2015 |
| | 43709222 | FALCONE_NUSA_074019 | 6/23/2016 |
| | 43755217 | FALCONE_NUSA_074024 | 5/2/2017 |
| | 43789516 | FALCONE_NUSA_073985 | 1/11/2018 |
| Nesquik Powder 18.7 oz | 43755188 | FALCONE_NUSA_074026 | 4/7/2017 |
| | 43789518 | FALCONE_NUSA_073983 | 12/13/2017 |
| Nesquik Powder 9.3 oz | 43636606 | FALCONE_NUSA_074017 | 5/3/2015 |
| | 43789517 | FALCONE_NUSA_073982 | 12/13/2017 |
| Nesquik Powder 35.5 oz | 43611774 | FALCONE_NUSA_074007 | 5/17/2015 |
| | 43789521 | FALCONE_NUSA_073984 | 12/14/2017 |
| Nesquik Ready To Drink Chocolate Milk 8 oz | 43218120 | FALCONE_NUSA_074006 | 10/7/2010 |
| | 43370299 | FALCONE_NUSA_074013 | 10/22/2011 |
| | 43400947 | FALCONE_NUSA_074012 | 6/27/2011 |
| | 43492067 | FALCONE_NUSA_074005 | 10/7/2013 |
| | 43536701 | FALCONE_NUSA_074015 | 3/7/2014 |

| Product Name | ZPCK[1] | Bates Number | Approximate First Sold Date |
|---|---|---|---|
| | 43775577 | FALCONE_NUSA_073996 | 10/28/2017 |
| | 44142732 | FALCONE_NUSA_073992 | 12/22/2022 |
| | 44193422 | FALCONE_NUSA_073995 | 6/17/2022 |
| Nesquik Ready To Drink Chocolate Milk 14 oz | 43438562 | FALCONE_NUSA_074016 | 12/21/2012 |
| | 43536697 | FALCONE_NUSA_074009 | 3/7/2014 |
| | 43612337 | FALCONE_NUSA_074022 | 4/5/2015 |
| | 43668740 | FALCONE_NUSA_074014 | N/A |
| | 43775578 | FALCONE_NUSA_074002 | 5/6/2018 |
| | 44095710 | FALCONE_NUSA_073990 | 7/4/2021 |
| | 44151853 | FALCONE_NUSA_073988 | 3/28/2022 |

2.     Any label listed above that went into production was generally available to consumers on a nationwide basis within the United States, subject to retail availability in a consumer's given area and depending upon which retailers carried the product.

3.     This stipulation is being entered into solely for purposes of the parties' briefing regarding class certification in this matter, and shall not be binding on either party should the case proceed to trial.  Nothing in this stipulation shall prevent the parties from presenting supplemental evidence in addition to or contrary to this stipulation for any other purposes as discovery continues.

Date: January 16, 2024                    **REESE LLP**

By:   */s/ George V. Granade*
George V. Granade (SBN 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*

100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
Helen I. Zeldes (SBN 220051)
*hzeldes@sshhzlaw.com*
Joshua A. Fields (SBN 242938)
*jfields@sshhzlaw.com*
Aya Dardari (SBN 344039)
*adardari@sshhzlaw.com*
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
Paul L. Hoffman (SBN 71244)
*hoffpaul@aol.com*
John C. Washington (SBN 315991)
*jwashington@sshhzlaw.com*
200 Pier Avenue, #226
Hermosa Beach, California 90245
Telephone: (310) 396-0731

**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
Catherine E. Sweetser (SBN 271142)
*catherine.sdshhh@gmail.com*
9415 Culver Boulevard, #115
Culver City, California 90232
Telephone: (310) 396-0731

*Attorneys for Plaintiff Marie Falcone*

Date: January 16, 2024          **GIBSON DUNN & CRUTCHER LLP**

By:  */s/ Timothy W. Loose*
Timothy W. Loose (SBN 241037)
*tloose@gibsondunn.com*
Theodore J. Boutrous, Jr. (SBN 132099)
*tboutrous@gibsondunn.com*
Christopher Chorba (SBN 216692)
*cchorba@gibsondunn.com*
Perlette Jura (SBN 242332)
*pjura@gibsondunn.com*
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant Nestlé USA, Inc.*

7

EXHIBIT 3

Case 3:19-cv-00014-GNS-LLK   Document 136-2   Filed 06/30/23   Page 2 of 444 PageID #:
Case 3:19-cv-00723-L-DEB   Document 138-12   Filed 03/22/24   PageID.5339   Page 129 of 138
3275

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| MAKER'S MARK DISTILLERY, PBC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:19-CV-14-GNS-LLK |
| | ) | |
| v. | ) | JUDGE GREG N. STIVERS |
| | ) | |
| SPALDING GROUP, INC. d/b/a ENGLISH | ) | MAGISTRATE JUDGE LANNY KING |
| EMPRISE AND TED'S CIGARS and | ) | |
| THEODORE JACKSON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DECLARATION OF DR. RAN KIVETZ, PH.D**</u>

I, Ran Kivetz, Ph.D., declare as follows:

1.     I was retained by counsel for the Plaintiff, Maker's Mark Distillery, PBC ("Maker's Mark") to conduct a survey in order to estimate the likelihood that consumers would be confused into believing that the company that makes the Defendants' bourbon-flavored cigars under the name "The Bourbon Cigar" (*i*) is Maker's Mark, (*ii*) has a business affiliation or business connection with Maker's Mark, and/or (*iii*) receives sponsorship or permission from Maker's Mark (the "Kivetz Survey"). Attached hereto as **Exhibit A** is a true and correct copy of my Expert Report, dated December 22, 2021, detailing the methodology, findings, and implications of the likelihood of confusion survey I conducted.

2.     I was also asked to review and evaluate the two likelihood of confusion surveys ("Poret Confusion Survey 1" and "Poret Confusion Survey 2") that the Defendants' expert, Hal Poret, submitted in response to my likelihood of confusion survey, as part of his February 21, 2022 report ("Poret Report"). Attached hereto as **Exhibit B** is a true and correct copy of my Reply Expert Report, dated March 25, 2022.

3.     I was later asked to review and evaluate the two fame surveys that Mr. Poret submitted in his February 21, 2022 report. I submitted a separate report in response to Mr. Poret's two fame surveys, dated January 24, 2023. I understand Maker's Mark is not moving to exclude Mr. Poret's two fame surveys. As I detailed in my January 24, 2023 report and as discussed at my deposition, Mr. Poret's two fame surveys suffer from numerous defects and biases that grossly depressed the rate of recognition among survey participants of the "Maker's Mark" name and dripping wax design. Considering the severe one-sided biases in Mr. Poret's fame surveys, the results demonstrate recognition rates for the "Maker's Mark" name and dripping wax design that are quite high and, if anything, suggest fame.

4.     I have personal knowledge of the facts set forth in this declaration, to which I could and would testify competently if called on to do so.

5.     I understand that this Declaration is being submitted in support of Maker's Mark's Motion to Exclude Certain Expert Testimony of Hal Poret.

## My Background and Qualifications

6.     I am the Philip H. Geier Professor of Marketing at Columbia University Business School. I earned a Ph.D. in Business from Stanford University, Graduate School of Business; a Master's degree in Psychology from the Stanford University Psychology Department; and a Bachelor's degree from Tel Aviv University with majors in Economics and Psychology.

7.     My field of expertise encompasses consumer psychology and behavior; survey methods; marketing management; behavioral economics; human judgment, perception, and decision making; consumer and sales incentives; and branding. Most of my research has focused on buyers' purchase behavior; survey design; and the effect of product characteristics (*e.g.*, brand, features, quality, price), the competitive context, and marketing activities (*e.g.*, promotions, incentives, loyalty programs, advertising, branding) on purchase decisions and perceptions.

Case 3:19-cv-00014-GNS-LLK   Document 136-2   Filed 06/30/23   Page 4 of 444 PageID #:
Case 3:19-cv-00723-L-DEB   Document 138-12   Filed 03/22/24   PageID.5341   Page 131 of 138
3257

8.     I have received multiple research awards and nominations, including: (*i*) the "*Ferber Award*" from the Association for Consumer Research, which is the largest association of consumer researchers in the world; (*ii*) the "*Best Competitive Paper Award*" from the Society of Consumer Psychology, which is the premier association of consumer psychologists in the world; (*iii*) the "*Early Contribution Award*" from the Society of Consumer Psychology; (*iv*) five finalist nominations, for the 2016, 2011, 2009, 2007, and 2005 "*O'Dell Award*," given to the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (*v*) two finalist nominations for the 2007 and the 2005 "*Green Award*," given to the *Journal of Marketing Research* article published in the prior year that "demonstrates the most potential to contribute significantly to the practice of marketing research and research in marketing"; (*vi*) three finalist nominations for the awards for the "*Best Article*" published in the *Journal of Consumer Research* between 2002 and 2005, between 2006 and 2009, and between 2011 and 2014; (*vii*) having my research selected by *The New York Times* in its *Annual Year in Ideas* as one of the "Best Ideas in 2006"; (*viii*) being rated as the fourth most prolific scholar in the leading marketing journals during 1982 – 2006; and (*ix*) being ranked by the American Marketing Association as one of the Top 50 most productive scholars in the premier marketing journals during 2009 – 2013 and during 2010 – 2014.

9.     At Columbia University, I have taught MBA and Executive MBA courses on Marketing Strategy and Management, Customer Centricity and Innovation, High-Technology Marketing and Entrepreneurship, and Marketing of a Nation, covering such topics as developing marketing strategies, buyer behavior, customer segmentation, customer acquisition and retention, competitive strategies, branding, pricing, advertising, sales promotions, and behavioral economics. In addition to teaching MBA and Executive MBA courses, I have guided and supervised numerous

MBA student teams in their work on company and industry projects dealing with a variety of markets. I also have taught in various executive education programs, including programs for senior executives, programs for marketing managers in high-technology companies, programs for marketing managers in pharmaceuticals, programs in entrepreneurship, programs on marketing and innovation, and programs on customer centricity.

10.     I have taught several doctoral courses at Columbia University. One doctoral course, titled "Bridging Behavioral Economics and Marketing Science," examines human judgment and decision making and its application to marketing science. The course focuses on understanding, predicting, and quantitatively modeling (including by employing conjoint analysis models) different phenomena and biases in judgment and decision making. A second doctoral course deals with consumer behavior, covering such topics as the processes underlying choices and judgments, and their influence on purchase decisions, attitudes, and persuasion. Both of these courses focus on modeling the various stages involved in a research project, including defining the problem to be investigated, selecting and developing the research approach, data collection and analysis, and deriving conclusions. I have guided and supervised numerous Ph.D. students in their research. I have also served as the advisor for multiple Ph.D. students who are or were professors at such institutions as University of Chicago Booth School of Business, Harvard Business School, National University of Singapore (NUS), Tsinghua University, and The Wharton School at the University of Pennsylvania.

11.     I have conducted, supervised, and evaluated well over 1,000 marketing research surveys, including many related to consumer behavior and decision making, likelihood of confusion, sales promotions, marketing strategies, branding, trademark, and advertising-related issues.

12.    I serve on three editorial boards and as a frequent reviewer, including for leading journals in our field, such as the *Journal of Marketing Research*. I have served as a Guest Editor for the *Journal of Marketing Research* and as a Guest Associate Editor for *Marketing Science* and *Management Science*. I have served on the editorial board of, and received the "*Outstanding Reviewer Award*" from, the *Journal of Consumer Research*. I have also served on the editorial boards of the *Journal of Consumer Psychology* and the *International Journal of Research in Marketing*. I am a frequent reviewer of articles submitted to journals in other fields, such as psychology, decision making, and economics. As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals.

13.    I have worked as a consultant for companies and organizations on a variety of topics, including strategy, marketing, consumer behavior and perception, promotions, branding, advertising, and incentives. Additionally, I have served as an expert in litigation and adversarial proceedings, including in front of the National Advertising Division of the BBB National Programs ("NAD"), involving various marketing and buyer behavior issues, false advertising, market surveys, patent infringement, trademark and trade dress related matters, branding, retailing, promotions, and other areas. I have also been invited to present at the annual NAD Law Conference, and I have served as an expert witness for the Federal Trade Commission. My opinions and testimony have been favorably cited and relied upon by courts across the U.S.[1]

---

[1] *See, e.g., The People of the State of California v. Kohl's Department Stores, Inc. et al.*, Case No. BC643037 (Superior Court of the State of California, County of Los Angeles 2021) (noting, *e.g.*, that: "As carefully reviewed by Kohl's rebuttal expert, Ran Kivetz, Ph.D., who the Court found highly competent and entirely credible based on his outstanding academic credentials, his thorough research into Dr. Compeau's reports and his appearance and candor while testifying[.]"; and "[t]he Court accepts as entirely credible and supported by sound scientific analysis, the conclusion of Dr. Kivetz, that none of the articles referenced in Dr. Compeau's reports provide valid scientific evidence for [Dr. Compeau's] opinion [.]"); *Dyson, Inc. v. Bissell Homecare, Inc.*,

Case 3:19-cv-00014-GNS-LLK   Document 136-2   Filed 06/30/23   Page 7 of 444 PageID #:
Case 3:19-cv-00723-L-DEB   Document 138-1   Filed 03/22/24   PageID.5344   Page 134 of 138
3250

14.     A complete list of my publications is included in my curriculum vitae, which is included in Exhibit A to my attached Expert Reports. Those reports also set forth my compensation and a list of cases in which I provided sworn testimony at trial and/or by deposition during the past four years at the time of submission.

15.     Any, and all, of the opinions expressed herein are held to a reasonable degree of professional certainty. The information on which I relied consists of the type of information that is reasonably relied upon in my field of expertise.

**<u>My Expert Reports Concerning Likelihood of Confusion</u>**

16.     Following well-established survey standards, I designed and conducted an Internet survey to investigate whether "The Bourbon Cigar" packaging is likely to create consumer confusion. Qualified participants were males or females who, among other standard screening criteria: (*i*) were 21 years of age or older; and (*ii*) expected to personally purchase a handmade cigar during the next six months. The Kivetz Survey was administered over the Internet in October and November of 2021, and used a nationwide sample of 386 participants representing the relevant consumer population.

17.     Survey participants were randomly assigned to either a "test group" or a "control group." Test group participants were shown the original, allegedly infringing packaging for The

---

951 F.Supp.2d 1009, 1019 (N.D. Illinois, 2013) (upholding the methodology, questions, and coding of my survey and denying Bissell's motion to exclude my expert report); *Masimo Corporation et al. v. Apple, Inc.*, 8:20-cv-00048-JVS (C.D. Cal., May 4, 2023, Order Granting-In-Part and Denying-In-Part Apple's Rule 50(a) Motion and Denying Plaintiffs' Rule 50(a) Motion) (finding that "no reasonable juror could find for Plaintiffs regarding whether the alleged [business] category trade secrets were generally known" and citing to my testimony as evidence that the Plaintiffs' alleged business and marketing trade secrets were generally known prior to the alleged misappropriation at issue: "Kivetz testified that Kiani's description of B1 is the well-known concept 'exactly the fourth principle of leveraging synergies for network effects. […] Even Palmatier [Plaintiffs' marketing expert] conceded […] that every constituent part of B1 is generally known.'").

6

Case 3:19-cv-00014-GNS-LLK   Document 136-2   Filed 06/30/23   Page 8 of 444 PageID #:
Case 3:19-cv-00723-L-DEB   Document 138-12   Filed 03/22/24   PageID.5345   Page 135 of 138
3281

Bourbon Cigar (consisting of a box of 25 cigars and a single cigar). Control group participants were shown a revised version of the packaging for The Bourbon Cigar that: (*i*) replaced the words "Seasoned with Maker's Mark" on the secondary band wrapped around the cigar with the words "Seasoned with Bourbon" and (*ii*) replaced The Bourbon Cigar's red wax design with a red plastic cap. Except for the packaging stimuli shown to participants, the test and control conditions were identical, including with respect to the survey's procedure and questions.

18.     Participants could freely view and interact with (*e.g.*, zoom in and rotate) the packaging stimuli in a continuous manner as a three-dimensional, 360-degree image, similar to how consumers could have viewed the packaging in the marketplace.

19.     After examining the packaging as they would normally do when considering buying such a product, participants were asked three sets of questions to assess their perceptions about the company that makes the product they were shown (*i.e.*, the "source," "business affiliation," and "sponsorship" confusion questions). The survey questions followed the standard *Eveready* format, which is considered by many as "the gold standard" for testing likelihood of confusion.[2] An image of a single test or control cigar was shown while survey participants answered the survey's "confusion" questions.

20.     Based on survey participants' responses to these confusion questions, I calculated that 21.4% of test group participants (who were shown The Bourbon Cigar) were confused into believing that the company that makes the cigar (*i*) is Maker's Mark, (*ii*) has a business affiliation or connection with Maker's Mark, and/or (*iii*) receives permission or sponsorship from Maker's Mark. In contrast, I calculated that only 3.1% of control group participants (who were shown The

---

[2] *E.g.*, Swann, Jerre B. (2012), "Likelihood of Confusion," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, Shari S. and Jerre B. Swann (eds.), Chicago, IL: American Bar Association, p. 62.

Bourbon Cigar without the Maker's Mark name and wax design) confused the product with Maker's Mark. The 18.3% difference in the measured level of confusion between the test and control groups is highly statistically significant ($\chi^2 = 30.09$, $df = 1$, $p < .00001$). Further, as detailed in my December 22, 2021 Expert Report, my survey's methodology and stimuli presentation were conservative ("erring" in favor of the Defendants) and underestimate the likelihood of consumer confusion. Overall, my survey's findings unambiguously demonstrate that a substantial proportion of consumers are likely to be confused by the Defendants' use of the "Maker's Mark" name and the wax design on The Bourbon Cigars.

21.    A more detailed explanation of the Kivetz Survey's methodology as well as my findings and conclusions based on that survey are included in my Expert Report in **Exhibit A**.

22.    I co-authored a treatise chapter titled "Demand Effects in Likelihood of Confusion Surveys" in the 2012 edition of *Trademark and Deceptive Advertising Surveys: Law, Science and Design*, edited by Professor Shari S. Diamond and Jerre B. Swann. That chapter stated, among other things, that "demand[] effects are more likely to occur when participants are exposed to more than one variation of the same or related stimuli."[3] That argument referred to the potential generation of demand effects when survey participants see multiple stimuli *variants* (*e.g.*, if the same participants were exposed to cigars both with and without the "Maker's Mark" name, meaning the same participants were shown both the test *and* control stimuli), not repeated instances of the same or similar stimulus, as was the case in my likelihood of confusion survey.

---

[3] Simonson, Itamar and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science and Design*, Diamond, Shari S. and Jerre B. Swann (eds.), Chicago, IL: American Bar Association, p. 245. Professor Diamond and Jerre Swann, as well as their treatise *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, are well-regarded sources on designing and conducting confusion surveys.

Nothing in the chapter I co-authored on demand effects in likelihood of confusion surveys suggests that allowing survey participants to view the stimulus (for a product such as a handmade, premium cigar) while answering the confusion questions (which Mr. Poret described as a "reading test" in his report) would give rise to demand effects.

23.     The Kivetz Survey, which instructed participants at the outset not to guess if they don't know or don't have an answer (but rather to indicate as such), used a standard, open-ended "source" confusion question where participants could type their answer (including "don't know") to the question, "Which company makes this product?" Only 3.1% of test group participants in the Kivetz Survey provided a response coded as "Don't know/Not sure" in response to this open-ended "source" confusion question. By contrast, in the Poret Confusion Survey 1, Mr. Poret transformed the "source" confusion question into a quasi-filter question by including an explicit "Don't know/No opinion" answer choice. I reviewed the raw data that Mr. Poret produced with his surveys and calculated that 27.0% of test group participants and 22.5% of control group participants in the Poret Confusion Survey 1 selected the "Don't know/No opinion" answer choice that Mr. Poret added to the source confusion question. Mr. Poret counted those survey respondents as "not confused" in the Poret Confusion Survey 1.

24.     Following the issuance of my December 22, 2021 Expert Report, I was served with a subpoena by the Defendants' counsel. In response to that subpoena and through counsel for Maker's Mark, I produced *all* available underlying images that were used to render the three-dimensional, 360-degree rotatable interfaces. These images were directly based on the physical box of 25 cigars (and one of the cigars from this box) purchased from the Ted's Cigars website and were the basis for constructing the 360-degree dynamic interface used in the Kivetz Survey. I also provided high-resolution images corresponding to screenshots of six angles of both the test

Case 3:19-cv-00014-GNS-LLK   Document 136-2   Filed 06/30/23   Page 11 of 444 PageID #:
Case 3:19-cv-00723-L-DEB   Document 138-12   Filed 03/22/24   PageID.5348   Page 138 of 138
3264

stimuli and the control stimuli used in my survey. I do not possess or have access to a file containing the 360-degree interface. Similar 360-degree interfaces are routinely used in litigation, and Mr. Poret could have generated his own 360-degree, rotatable interface during the relevant timeframe. The apparent quality of cigar images provided by Mr. Poret in his Appendix C was substantially lower than the high-resolution quality of corresponding images I produced.

25.    Because an individual is either confused or not confused, exposure to only one of two allegedly infringing marks can generate an equivalent rate of confusion (across a sample of consumers) as does exposure to both allegedly infringing marks. As a result, the likelihood of confusion caused by one mark can "mask" any confusion effect due to the second mark.

26.    A detailed explanation of my critiques of Mr. Poret's two confusion surveys is included in my Reply Expert Report in **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _29_ day of June 2023, in New York, New York.


_____

Ran Kivetz, Ph.D.