George V. Granade
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Michael R. Reese
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

Helen I. Zeldes
*hzeldes@sshhzlaw.com*
Joshua A. Fields
*jfields@sshhzlaw.com*
Aya Dardari
*adardari@sshhzlaw.com*
**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

*Counsel for Plaintiff Marie Falcone*
*and the Proposed Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| MARIE FALCONE, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NESTLÉ USA, INC., *a Delaware corporation*, *and* DOES 1 *to* 100,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-00723-L-DEB<br><br>**DECLARATION OF ROGER MENDEZ** |

1    I, Roger Mendez, do hereby declare under penalty of perjury the following:

2        I am the principal and co-founder of Propeller Insights located in Calabasas,

3 California.

4        Propeller Insights was started in 2016 and is a full-service market research

5 company.

6        I am proficient in questionnaire design, analysis, project management,

7 multiple survey sampling platforms and multiple survey programming.

8        Prior to co-founding Propeller Insights, I was the Director of Research

9 Solutions at Instant.ly located in Encino, California

10        At Instant.ly, I provided clients with custom research solutions (qualitative

11 and quantitative) that were catered specifically to the industry (entertainment,

12 marketing/advertising, automotive, market research, etc.) in which they operated.

13        Solutions which I provided included consultation of overall project scope,

14 questionnaire design, survey programming, project management (panel

15 management, industry vendor relationship management, customized quota group

16 management, dynamic traffic control), and providing customized data

17 deliverables/reports.

18        A copy of my resume is attached hereto as Exhibit A.

19        On March 15, 2024, I was performed a consumer survey regarding Nestle

20 chocolate morsels.

21        The results of that survey are attached hereto as Exhibit B.

22

23 Dated: March 21, 2024

24                                    Roger Mendez

25

26

27

28

DECLARATION OF ROGER MENDEZ

EXHIBIT A

# ROGER MENDEZ

23679 CALABASAS RD. #1064, CALABASAS, CALIFORNIA 91302 | 818-272-9973 | roger@propellerinsights.com

# PROFESSIONAL EXPERIENCE

## *Propeller Insights*                                              **Calabasas, California**
**Principal & Co-Founder**                                            February 2016-present
- A full-service market research company dedicated to helping you take your business to new heights. Leveraging our expertise within the market research industry, Propeller Insights will utilize all resources at our disposal to put you on the correct path to actionable business solutions.

## *Instant.ly*                                                      **Encino, California**
**Director of Research Solutions**                                    December 2012-February 2016
Sr. Manager, Research Solutions                                       August 2012-December 2012
Manager, Research Services Group                                      May 2010-August 2012
Project Manager                                                       August 2008-May 2010
- I provide clients with custom research solutions (qualitative and quantitative) that are catered specifically to the industry (entertainment, marketing/advertising, automotive, market research, etc.) in which they operate.
- Solutions which I provide include consultation of overall project scope, questionnaire design, survey programming, project management (panel management, industry vendor relationship management, customized quota group management, dynamic traffic control), and providing customized data deliverables/reports.

## *Greenfield Online*                                               **Encino, California**
**Manager, Global Supply**                                            February 2007-August 2008
- I was responsible for ensuring the completion of all market research studies by contracting work to third party market research vendors.
- I have been successful in delivering multiple completed projects on a daily basis through an extensive third party global panel supply, COGS management, project management, and strong vendor relationships.

## *Nutzwerk GmbH*                                                   **Leipzig, Germany**
**Manager, Global Supply**                                            May 2003-December 2003
- Based in Germany, I led the penetration and expansion of 1 brand and 7 services of Internet related technology into the North and South American markets.
- Developed and expanded an international client base through the planning and execution of successful brand management, marketing, internet advertising, pricing and promotion strategy programs individually customized to fit the distinct culture and environment of each country within the desired target markets.

# EDUCATION

## *St. Cloud State University*                                      **St. Cloud, MN**
**Master of Business Administration**                                 January 2004-May 2005
- Focus on International Business
- Member of AIESEC – Outgoing Exchange (OGX)
- Dean's List

## *St. Cloud State University*                                      **St. Cloud, MN**
**Bachelor of Science, International Business**                       August 2000-May 2003
- NCAA Student-Athlete (Football)
- Member of AIESEC – Outgoing Exchange (OGX)
- Dean's List

# SKILLS & QUALITIES

- Proficient in questionnaire design, analysis, project management, multiple survey sampling platforms and multiple survey programming platforms.
- Proficient in Microsoft's Excel, PowerPoint, Word, and Outlook.
- Spoken languages: English, Spanish, German, Italian

EXHIBIT B

# Report for Project - 031424-1- Cocoa Farm Study

Response Counts

| Completion Rate: | 100% | |
|---|---|---|
| | Complete | 502 |
| | | Totals: 502 |

## 1. What is your age?



| Value | Percent | | Responses |
|---|---|---|---|
| 18 to 24 | 12.0% | | 60 |
| 25 to 34 | 17.9% | | 90 |
| 35 to 44 | 16.3% | | 82 |
| 45 to 54 | 16.5% | | 83 |
| 55+ | 37.3% | | 187 |
| | | | Totals: 502 |

## 2. What is your gender?



| Value | Percent | | Responses |
|---|---|---|---|
| Male | 51.2% | | 257 |
| Female | 48.8% | | 245 |
| | | | Totals: 502 |

3. Which State do you live in?



| Value | Percent | | Responses |
|---|---|---|---|
| California | 100.0% | | 502 |
| | | | Totals: 502 |

4. Which of the following items, if any, have you purchased in the last 6 months? Select all that apply.



| Value | Percent | | Responses |
|---|---|---|---|
| Soft drinks | 80.9% | | 406 |
| Granola bars | 50.2% | | 252 |
| Ketchup | 73.5% | | 369 |
| Coffee | 79.7% | | 400 |
| Chocolate | 100.0% | | 502 |
| Tea | 70.5% | | 354 |
| Mustard | 62.2% | | 312 |
| Hummus | 32.1% | | 161 |
| Milk | 89.8% | | 451 |
| Vegetable oil | 60.6% | | 304 |
| Fruits | 89.6% | | 450 |
| Lettuce | 71.7% | | 360 |

5.  When you see the label on the above-pictured product, which statements/items found on the label, if any, make you want to purchase the product? Select all that apply.



| Value | Percent | | Responses |
|---|---|---|---|
| Rich & Creamy | 45.6% | | 229 |
| 100% Real Chocolate | 75.9% | | 381 |
| Ingredients You Can Trust | 46.8% | | 235 |
| No Artificial Flavors or Colors | 51.4% | | 258 |
| No Preservatives | 45.0% | | 226 |
| Gluten Free | 22.5% | | 113 |
| Responsibly Sourced Cocoa | 51.2% | | 257 |
| None of the above | 2.6% | | 13 |

6.  Are you more or less likely to buy a product that says on the label that it was 'Responsibly Sourced'?



| Value | Percent | | Responses |
|---|---|---|---|
| Indifferent | 32.9% | | 165 |
| Less Likely | 4.0% | | 20 |
| More Likely | 63.1% | | 317 |
| | | | Totals: 502 |

7.    Which of the following, if any, do you believe contribute to the 'Responsibly Sourced' claim as it pertains to the image of this particular product? Select all that apply.



| Value | Percent | Responses |
|---|---|---|

| Value | Percent | | Responses |
|---|---|---|---|
| Use of renewable energy | 27.5% | | 138 |
| Energy efficiency | 33.1% | | 166 |
| Reduced environmental pollution | 49.8% | | 250 |
| Land/Water management & conservation | 43.4% | | 218 |
| No child labor | 51.4% | | 258 |
| No forced labor | 52.2% | | 262 |
| Anti-corruption & bribery | 23.3% | | 117 |
| Working hours, conditions, wages & benefits | 43.4% | | 218 |
| Ownership equity | 22.5% | | 113 |
| Human rights | 50.0% | | 251 |
| None of the above | 9.0% | | 45 |

8.    Looking at the image above, do you have any reason to believe that child labor was used in harvesting the ingredients used in this product?



| Value | Percent | | Responses |
|---|---|---|---|
| No, child labor was not used | 64.3% | | 323 |
| Yes, child labor was used | 5.6% | | 28 |

| Value | Percent | | Responses |
|---|---|---|---|
| I am not sure | 30.9% | | 155 |

9.   If you found out that child labor was used in this product, how would it impact your decision to purchase this product?



13.9% More likely to purchase

16.7% Indifferent

69.3% Less likely to purchase

| Value | Percent | | Responses |
|---|---|---|---|
| Less likely to purchase | 69.3% | | 348 |
| Indifferent | 16.7% | | 84 |
| More likely to purchase | 13.9% | | 70 |
| | | | Totals: 502 |

10. What is your ethnicity? Select all that apply.



| Value | Percent | | Responses |
|---|---|---|---|
| African American | 12.0% | | 60 |
| Asian (non Pacific Islander) | 5.2% | | 26 |
| Caucasian | 68.9% | | 346 |
| Chinese | 1.6% | | 8 |
| Filipino | 0.2% | | 1 |
| Hispanic/Latino | 13.9% | | 70 |
| Middle Eastern/North African | 1.4% | | 7 |
| Mixed Racial from Caribbean Islands | 0.2% | | 1 |
| Native American, Eskimo, Aleutian | 2.6% | | 13 |
| Native Hawaiian/Pacific Islander | 0.2% | | 1 |
| Other Ethnicity | 3.2% | | 16 |
| Prefer not to answer | 1.4% | | 7 |

11. What is the highest level of education which you have completed?



| Value | Percent | | Responses |
|---|---|---|---|
| Completed some high school | 3.0% | | 15 |
| High school graduate | 16.7% | | 84 |
| Completed some college | 25.5% | | 128 |
| Associate degree | 11.0% | | 55 |
| Bachelor's degree | 26.3% | | 132 |
| Completed some postgraduate | 2.8% | | 14 |
| Master's degree | 11.4% | | 57 |
| Ph.D., law or medical degree | 2.0% | | 10 |
| Other advanced degree beyond a Master's degree | 0.2% | | 1 |
| Prefer not to answer | 1.2% | | 6 |
| | | | **Totals: 502** |

12. What is your current marital status?



| Value | Percent | | Responses |
|---|---|---|---|
| Single, never married | 33.5% | | 168 |
| Married | 37.6% | | 189 |
| Divorced | 12.0% | | 60 |
| Separated | 2.8% | | 14 |
| Widowed | 5.6% | | 28 |
| Living with partner or significant other | 8.0% | | 40 |
| Prefer not to answer | 0.6% | | 3 |
| | | | **Totals: 502** |

13. What is your annual household income?



| Value | Percent | | Responses |
|---|---|---|---|
| $19,999 or less | 11.0% | | 55 |
| $20,000-$29,999 | 11.0% | | 55 |
| $30,000-$39,999 | 10.4% | | 52 |
| $40,000-$49,999 | 10.4% | | 52 |
| $50,000-$59,999 | 9.8% | | 49 |
| $60,000-$69,999 | 5.8% | | 29 |
| $70,000-$79,999 | 9.4% | | 47 |
| $80,000-$89,999 | 3.4% | | 17 |
| $90,000-$99,999 | 4.0% | | 20 |
| $100,000-$124,999 | 8.8% | | 44 |
| $125,000-$149,999 | 5.2% | | 26 |
| $150,000+ | 8.4% | | 42 |
| Prefer not to answer | 2.8% | | 14 |
| | | | **Totals: 502** |