UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE FALCONE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NESTLE USA, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:19-cv-00723-L-DEB<br><br>**ORDER** |

No later than close of business on Tuesday, April 2, 2024, the parties shall file a joint statement disclosing and identifying any duplication of exhibits filed in support and opposition to Plaintiff's pending motion for class certification.

**IT IS SO ORDERED**.

Dated: March 27, 2024

_____
Hon. M. James Lorenz
United States District Judge