UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIE FALCONE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Respondent,<br><br> v.<br><br>NESTLE USA, INC.,<br><br>   Defendant - Petitioner. | No. 24-6196<br><br>D.C. No. 3:19-cv-723<br>Southern District of California, San Diego<br><br>ORDER |

Before: S.R. THOMAS and TALLMAN, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 14) is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).